# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

------------------------------------------------------- x
In re:                                                                          :        Chapter 11
                                                                                      :
John Joseph Louis Johnson, III,                                   :        Case No. 2:14-bk-57104
                                                                                      :
      Debtor.                          :        Judge John E. Hoffman, Jr.
                                                                                      :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents were served on this 8th day of October 2014 upon the parties identified on the attached Service List by United States Mail, postage prepaid:

1. Voluntary Petition [Doc. No. 1];

2. LBR Form 1015-2 Statement of Related Cases Information Required by Local Rule 1015-2 United States Bankruptcy Court, Southern District of Ohio [Doc. No. 2];

3. Application of Debtor and Debtor-in-Possession for Order Authorizing Debtor and Debtor-in-Possession to Retain and Employ Hahn Loeser & Parks LLP as Counsel, Nunc Pro Tunc as of the Petition Date [Doc. No. 4];

4. Application of Debtor and Debtor-in-Possession for Order Authorizing Debtor and Debtor-in-Possession to Retain and Employ Tri Star Sports & Entertainment as Financial Advisor, Nunc Pro Tunc as of the Petition Date [Doc. No. 5]; and

5. Motion of the Debtor and Debtor-in-Possession for Entry of an Order Pursuant to Section 521 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 1007(b), 1007(c) and 90065 Extending Time to File Schedule of Assets and Liabilities, Schedule of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs [Doc. No. 6].

6907859.1

October 8, 2014                                   Respectfully submitted,

*/s/ Daniel A. DeMarco*
Marc J. Kessler (0059236)
mkessler@hahnlaw.com
Daniel A. DeMarco (0038920)
dademarco@hahnlaw.com
Hahn Loeser & Parks LLP
65 E. State Street, Suite 1400
Columbus, OH 43215
Telephone:    (614) 233-5168
Facsimile:    (614) 5090


*Proposed Attorneys for Debtor John Joseph Louis Johnson, III*

## **SERVICE LIST**

| | | |
|---|---|---|
| Lawrence Hackett, Esq.<br>Office of The United States Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215 | Capital Financial Holdings, LLC<br>470 Atlantic Avenue<br>Boston, MA 02210 | Capstar Bank<br>c/o Lawless & Associates, P.C.<br>Thomas W. Lawless<br>Suite 403, The Customs House<br>701 Broadway<br>Nashville, TN 37203 |
| Capstar Bank<br>201 4th Avenue North<br>Suite 950<br>Nashville, TN 37219 | EOT Advisors, LLC<br>c/o Anderson & Riddle, LLP<br>James S. Kiser, Esq.<br>1604 8th Avenue<br>Fort Worth, TX 76104 | EOT Advisors, LLC<br>777 Main Street<br>Suite 700<br>Fort Worth, TX 76102 |
| Manhattan Village HOA<br>c/o Witkin & Neal Incorporated<br>as Agent for Manhattan Village<br>Homeowners<br>5805 Sepulveda BVlvd.<br>Suite 670<br>Sherman Oaks, CA 91411 | PP Trustee LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>1811 Silverside Road<br>Wilmington, DE 19810 | Pro Player Funding LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>1811 Silverside Road<br>Wilmington, DE 19810 |
| Pro Player Funding LLC<br>c/o Hancock Estabrook, LLP<br>Zachary M. Mattison<br>1500 AXS Tower I<br>100 Madison Street<br>Syracuse, NY 13202 | Pro Player Trust<br>c/o Wilmington Trust, National Assoc.<br>Registered Agent<br>Rodney Square, N.<br>1100 North Market Street<br>Wilmington, DE 19890 | Ragnar Industries, LLC<br>c/o HL Statutory Agent, Inc.<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114 |
| RFF Family Partnership, LP<br>c/o Parcells Law Firm<br>Dayton B. Parcells III, Esq.<br>1901 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | RFF Family Partnership, LP<br>226 23rd Street<br>Santa Monica, CA 90402 | Rodney L. Blum<br>c/o Alyson C. Tanenbaum<br>495 East Mound Street<br>Columbus, OH 43215 |
| Rodney L. Blum<br>11361 Oakland Farms Road<br>Dubuque, Iowa 52003 | TCF Bank<br>c/o Shaheen, Jacobs & Ross, PC<br>1425 Ford Building<br>615 Griswold<br>Detroit, MI 48226-4993 | TCF Bank<br>801 Marquette Avenue<br>Minneapolis, MN 55402 |
| US Bank<br>4801 Frederica Street<br>Owensboro, KY 42301 | Cobalt Sports Capital, LLC<br>210 University Boulevard<br>Denver, CO 80206 | Jack Brewer<br>c/o The Jack Brewer Foundation<br>80 S. 8th Street, Suite 900<br>Minneapolis, MN 55402 |
| Rebecca Rakenski<br>2144 Golferesr<br>Commerce Park Township, MI 48382 | Gardner Haas PLLC<br>Two Lincoln Center<br>5420 LBJ Freeway, Suite 1200<br>Dallas, TX 75240 | McDonald Corano Wilson<br>100 West Liberty St., 10th Floor<br>Reno, NV 89501 |

6907859.1

Levy, Small & Lallas
815 Morgan Drive
Los Angeles, CA 90049

Michael and Michele Traylor
48 Malaga Way
Manhattan Beach, CA 90266

Erin and Jeff Canaday
5889 Northcliff Blvd.
Dublin, OH 43016

US Storage Centers South Bay
14680 Aviation Blvd.
Hawthorne, CA 90250

Keller, Turner, Ruth
700 12th Avenue, S.
Suite 302
Nashville, TN 37203

Tri Star Sports & Entertainment Group
11 Music Circle South
Nashville, TN 37203

Tri Star Sports & Entertainment Group
1800 Century Park East
Suite 1000
Los Angeles, CA 90067

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

U.S. Department of Justice
950 Pennsylvania Avenue, NW\
Washington, DC 20530-0001

6907859.1                                   2