# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

---------------------------------------------------------- x
In re: : Chapter 11
 :
John Joseph Louis Johnson, III, : Case No. 2:14-bk-57104
 :
                    Debtor. : Judge John E. Hoffman, Jr.
 :
---------------------------------------------------------- x

**SUPPLEMENTAL VERIFIED DECLARATION OF DANIEL A. DEMARCO
SUBMITTED PURSUANT TO BANKRUPTCY CODE SECTION 327(A) AND 329(A)
AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(A) AND 2016(B)**

STATE OF OHIO      )
                           )   SS:
COUNTY OF FRANKLIN  )

    Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Daniel A. DeMarco, a partner with the law firm of Hahn Loeser & Parks LLP, declares, under the penalty of perjury, as follows:

    1.    I am Daniel A. DeMarco. I am an attorney employed by the law firm of Hahn Loeser & Parks LLP ("Hahn Loeser") with offices at 200 Public Square, Suite 2800, Cleveland, OH 44114 and Suite 1400, 65 East State Street, Columbus, OH 43215.[1] I am duly authorized to make the following verified declaration ("Declaration") on behalf of Hahn Loeser. I am licensed to practice law in the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern and Southern Districts of Ohio, the United States Bankruptcy Court for the Northern and Southern Districts of Ohio and the State of Ohio. *See* Doc. No. 4. Hahn Loeser and I represent John Joseph Louis Johnson, III (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"). I make this supplemental Declaration in

---

[1] Hahn Loeser maintains other offices in Akron, Ohio; Indianapolis, Indiana; San Diego, California, Fort Myers, Florida, and Naples, Florida.

6938831.1

support of the *Application of Debtor and Debtor in Possession for Order Authorizing Debtor and Debtor-in-Possession to Retain and Employ Hahn Loeser & Parks LLP as Counsel, Nunc Pro Tunc as of the Petition Date* (the "Application") [Doc. No. 4] for the purpose of fulfilling the disclosure requirements of Federal Rules of Bankruptcy Procedure 2014(a) and 2016(b). Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

2. To supplement the disclosure in paragraph 16 of my Declaration filed October 7, 2014 (the "Petition Date"), Hahn Loeser represented a creditor of Debtor, Ragnar Industries, Inc., in a matter in 2012 which matter is unrelated to Debtor and which matter concluded in 2012.

3. Prior to the commencement of the Chapter 11 Case, Hahn Loeser received a payment in the amount of $115,000.00. Further, as of the Petition Date, Hahn Loeser holds a Retainer in the amount of $15,000.00, which Retainer is intended for restructuring and related services. Hahn Loeser will request the Retainer be applied to compensation as permitted by this Court from time to time. Hahn Loeser hereby waives charges for any fees or expenses incurred before the Petition Date that remain unpaid as of the Petition Date.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. To the extent that Hahn Loeser subsequently discovers any facts bearing on this Declaration, the October 7, 2014, Declaration or its representation of creditors, these Declarations will be supplemented and those facts will be fully disclosed to the Court.

Dated: October 15, 2014

_____
Daniel A. DeMarco

SWORN TO BEFORE ME and subscribed in my presence this 15th day of October, 2014.

_____
Notary Public

CARRIE A PHILPOT
Notary Public
In and for the State of Ohio
My Commission Expires
April 29, 2019

3

6938831.1