UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
John Joseph Louis Johnson, III,                         :    Case No. 14-57104
                                                        :
               Debtor.                                  :    Judge John E. Hoffman, Jr.
                                                        :
------------------------------------------------------- x

## DISCLOSURE OF COMPENSATION OF HAHN LOESER & PARKS LLP

Pursuant to section 329(a) of title 11 of the United Sates Code (the "Bankruptcy Code") and pursuant to rule 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Daniel A. DeMarco, hereby certifies as follows:

1.     I am a partner with Hahn Loeser & Parks LLP ("Hahn Loeser") and am duly authorized to make this Disclosure of Compensation on behalf of Hahn Loeser in connection with the *Application of Debtor and Debtor-in-Possession for Order Authorizing Debtor and Debtor-in-Possession to Retain and Employ Hahn Loeser & Parks LLP as Counsel, Nunc Pro Tunc as of the Petition Date*(the "Application").[1]  The facts set forth in this Disclosure of Compensation are personally known to me and, if called as a witness, I could and would testify thereto.

2.     In connection with the prepetition retention by Debtor, Hahn Loeser received payments in the amount of $115,000.00 on or before October 7, 2014.  Further, as of the Petition Date, Hahn Loeser holds a retainer in the amount of $15,000.00 (the "Retainer"), which funds will be used to pay for legal services rendered or to be rendered by Hahn Loeser in connection with the Debtor's preparation for, and prosecution of, the commencement of his Chapter 11

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

7019519.1

Case.  Hahn Loeser will request that the Retainer be applied to compensation as permitted by this Court from time to time.  To cover his filing fee, Debtor also authorized Hahn Loeser to use $1,717.00 of the Retainer for the filing fee.

3. Hahn Loeser will charge the Debtor for its services at its standard hourly rates. The current hourly rates of the attorneys most likely involved in this case was set forth in the Verified Declaration of Daniel A. DeMarco, attached to the Application.

4. To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Hahn Loeser nor any partner or associate thereof has received or been promised any compensation for legal services rendered or to be rendered in connection with the Debtor's Chapter 11 Case, other than as permitted by the Bankruptcy Code. Hahn Loeser has not agreed to share compensation received in connection with the Case with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of compensation among Hahn Loeser's partners.

Dated:  November 10, 2014                                Respectfully submitted,

*/s/ Daniel A. DeMarco*
Marc J. Kessler (0059236)
Daniel A. DeMarco (0038920)
Hahn Loeser & Parks LLP
65 E. State Street, Suite 1400
Columbus, Ohio  43215
Telephone:    (614) 233-5168
Facsimile:     (614) 221-5909
E-mail:          mkessler@hahnlaw.com
E-mail:          dademarco@hahnlaw.com

*Proposed Attorneys for Debtor*
*John Joseph Louis Johnson, III*

## **CERTIFICATE OF SERVICE**

I certify that on November 10, 2014, a true and correct copy of the *Disclosure of Compensation of Hahn Loeser & Parks LLP* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Pamela Arndt Pamela.D.Arndt@usdoj.gov

- Asst US Trustee (Col) ustpregion09.cb.ecf@usdoj.gov

- Stephen Conway chris.conway@dor.mo.gov

- Daniel A DeMarco dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

- Christian Donovan cdonovan@lnlattorneys.com, tpadovan@lnlattorneys.com

- M Colette Gibbons Colette.Gibbons@icemiller.com, carol.builder@icemiller.com

- Katherine Kakish kakishk@michigan.gov

- Michael Richard Keefe notices@statmanharris.com, mkeefe@statmanharris.com

- Marc J Kessler mkessler@hahnlaw.com, cphilpot@hahnlaw.com;cmbeitel@hahnlaw.com

- Jeffrey Mark Levinson jml@jml-legal.com

- Jennifer L Maffett-Nickelman THDaytonECF@thompsonhine.com, jennifer.maffett-nickelman@thompsonhine.com

- Craig W Relman crelman@aol.com

- Kenneth M Richards krichards@lnlattorneys.com

AND BY REGULAR U.S. MAIL, POSTAGE PREPAID:

| | | |
|---|---|---|
| Lawrence Hackett, Esq.<br>Office of The United States Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215 | Capital Financial Holdings, LLC<br>470 Atlantic Avenue<br>Boston, MA 02210 | Capstar Bank<br>c/o Lawless & Associates, P.C.<br>Thomas W. Lawless<br>Suite 403, The Customs House<br>701 Broadway<br>Nashville, TN 37203 |

Capstar Bank  
201 4th Avenue North  
Suite 950  
Nashville, TN 37219  

EOT Advisors, LLC  
c/o Anderson & Riddle, LLP  
James S. Kiser, Esq.  
1604 8th Avenue  
Fort Worth, TX 76104  

EOT Advisors, LLC  
777 Main Street  
Suite 700  
Fort Worth, TX 76102  

Manhattan Village HOA  
c/o Witkin & Neal Incorporated  
as Agent for Manhattan Village  
Homeowners  
5805 Sepulveda BVlvd.  
Suite 670  
Sherman Oaks, CA 91411  

PP Trustee LLC  
c/o Vcorp Services, LLC  
Registered Agent  
1811 Silverside Road  
Wilmington, DE 19810  

Pro Player Funding LLC  
c/o Vcorp Services, LLC  
Registered Agent  
1811 Silverside Road  
Wilmington, DE 19810  

Pro Player Funding LLC  
c/o Hancock Estabrook, LLP  
Zachary M. Mattison  
1500 AXS Tower I  
100 Madison Street  
Syracuse, NY 13202  

Pro Player Trust  
c/o Wilmington Trust, National Assoc.  
Registered Agent  
Rodney Square, N.  
1100 North Market Street  
Wilmington, DE 19890  

Ragnar Industries, LLC  
c/o HL Statutory Agent, Inc.  
200 Public Square, Suite 2800  
Cleveland, OH 44114  

RFF Family Partnership, LP  
c/o Parcells Law Firm  
Dayton B. Parcells III, Esq.  
1901 Avenue of the Stars  
11th Floor  
Los Angeles, CA 90067  

RFF Family Partnership, LP  
226 23rd Street  
Santa Monica, CA 90402  

Rodney L. Blum  
c/o Alyson C. Tanenbaum  
495 East Mound Street  
Columbus, OH 43215  

Rodney L. Blum  
11361 Oakland Farms Road  
Dubuque, Iowa 52003  

TCF Bank  
c/o Shaheen, Jacobs & Ross, PC  
1425 Ford Building  
615 Griswold  
Detroit, MI 48226-4993  

TCF Bank  
801 Marquette Avenue  
Minneapolis, MN 55402  

US Bank  
4801 Frederica Street  
Owensboro, KY 42301  

Cobalt Sports Capital, LLC  
210 University Boulevard  
Denver, CO 80206  

Jack Brewer  
c/o The Jack Brewer Foundation  
80 S. 8th Street, Suite 900  
Minneapolis, MN 55402  

Rebecca Rakenski  
2144 Golferesr  
Commerce Park Township, MI 48382  

Gardner Haas PLLC  
Two Lincoln Center  
5420 LBJ Freeway, Suite 1200  
Dallas, TX 75240  

McDonald Corano Wilson  
100 West Liberty St., 10th Floor  
Reno, NV 89501  

Levy, Small & Lallas  
815 Morgan Drive  
Los Angeles, CA 90049  

Michael and Michele Traylor  
48 Malaga Way  
Manhattan Beach, CA 90266  

Erin and Jeff Canaday  
5889 Northcliff Blvd.  
Dublin, OH 43016  

US Storage Centers South Bay  
14680 Aviation Blvd.  
Hawthorne, CA 90250  

Keller, Turner, Ruth  
700 12th Avenue, S.  
Suite 302  
Nashville, TN 37203  

Tri Star Sports & Entertainment Group  
11 Music Circle South  
Nashville, TN 37203

| | | |
|---|---|---|
| Tri Star Sports & Entertainment Group<br>1800 Century Park East<br>Suite 1000<br>Los Angeles, CA 90067 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW\<br>Washington, DC 20530-0001 |
| City National Bank<br>54 Music Square East<br>Nashville, TN 37203 | | |

>	*/s/ Daniel A. DeMarco*
>	*One of the Proposed Attorneys for Debtor*
>	*John Joseph Louis Johnson, III*