**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 8, 2014**



John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
John Joseph Louis Johnson, III,                            :   Case No. 2:14-bk-57104
                                                           :
           Debtor.                                         :   Judge John E. Hoffman, Jr.
                                                           :
---------------------------------------------------------- x

**ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION, FOR ORDER AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO RETAIN AND EMPLOY HAHN LOESER & PARKS LLP AS COUNSEL, *NUNC PRO TUNC* AS OF THE PETITION DATE**

Upon consideration of the application dated October 7, 2014 (the "Application"), of John Joseph Louis Johnson, III, (the "Debtor"), for entry of an order approving the Debtor's retention of Hahn Loeser & Parks LLP ("Hahn Loeser") as general bankruptcy counsel for the Debtor; and based upon the statements of Debtor included in the Application; and after due deliberation and hearing, this Court finds that: (i) it has jurisdiction over the matters raised in the Application under 28 U.S.C. §§ 157 and 1334; (ii) venue of this matter is proper under 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding under 28 U.S.C. § 157(b)(2); (iv) the relief

6894096.1

requested in the Application is in the best interests of Debtor, his estate, creditors, and other parties in interest; (v) adequate and proper notice of the Application and the hearing thereon has been given and that no other or further notice is necessary; and (vi) good and sufficient cause exists for the granting of the relief requested in the Application as set forth herein.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is GRANTED and APPROVED in its entirety.

2. In accordance with sections 327(a) and 328 of the Bankruptcy Code, and Rules 2014 and 6003(a) of the Bankruptcy Rules, the Debtor shall be and hereby is authorized and empowered to employ and have retained Hahn Loeser as his general bankruptcy counsel, *nunc pro tunc,* for the matters referred to in the Application, as of the Petition Date, October 7, 2014, during the pendency of this Chapter 11 Case.

3. The retainer of $15,000.00, less the filing fee of $1,717.00, held by Hahn Loeser is approved and shall be held in trust and applied against any approved and unpaid fees and out-of-pocket expenses that may remain unpaid at the termination of the engagement of Hahn Loeser, or upon further Order of this Court, with any unearned balance remaining at that time to be refunded to Debtor, all in accordance with the orders of the Court.

4. In connection with the services to be rendered by Hahn Loeser, Hahn Loeser shall receive compensation and reimbursement of expenses in accordance with the provisions of sections 327, 330 and 331 of the Bankruptcy Code and any applicable order of the Court.

5. The Court shall retain jurisdiction to hear and determine all matters relating to the enforcement or interpretation of this Order.

6. This Order is immediately effective and enforceable upon entry.

**IT IS SO ORDERED.**

6894096.1

Submitted by,

*/s/ Marc J. Kessler*
Marc J. Kessler (0059236)
Daniel A. DeMarco (0038920)
Hahn Loeser & Parks LLP
65 E. State Street, Suite 1400
Columbus, Ohio 43215
Telephone: (614) 233-5168
Facsimile: (614) 221-5909
E-mail: mkessler@hahnlaw.com
dademarco@hahnlaw.com

*Attorneys for Debtor*
*John Joseph Louis Johnson, III*

Copies to:

Default List Plus Top 20

# # #

3

6894096.1