**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: | : | Case No. 14-57104 |
| | : | |
| John Joseph Louis Johnson, III, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge John E. Hoffman, Jr. |
| | : | |

**NOTICE OF MOTION OF RFF FAMILY PARTNERSHIP, LP FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO CERTAIN MOTOR VEHICLES AND ABANDONMENT**

PLEASE TAKE NOTICE that on January 11, 2015, RFF Family Partnership, LP (the "Family Partnership") filed the *Motion of RFF Family Partnership, LP, for Order Granting Relief from the Automatic Stay with respect to Certain Motor Vehicles and Abandonment* (the "Motion") with the United States Bankruptcy Court for the Southern District of Ohio in Columbus, Ohio (the "Court").

**Your rights may be affected. You should read this Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views, then on or before February 2, 2015 (the "Deadline"), you or your attorney must file a written response, explaining your position, with the Court electronically or in person at:

U.S. Bankruptcy Court
170 North High St.
Columbus, Ohio 43215

If you mail your response to the Court, you must mail it early enough so that the Court will **receive** it on or before the Deadline and you must mail a copy by the Deadline to counsel for the Family Partnership as follows:

Jeffrey M. Levinson, Esq.
3783 S. Green Road
Beachwood, OH 44122

and

Craig W. Relman, Esq.
23811 Chagrin Blvd., Suite 160
Cleveland, OH 44122

Co-Counsel for the Family Partnership

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without a hearing.

Respectfully Submitted,

LEVINSON LLP

/s/Jeffrey M. Levinson
Jeffrey M. Levinson (OBR 0046746)
3783 S. Green Road
Cleveland, OH 44122
(216) 514-4935
(216) 514-4936 Fax
jml@jml-legal.com

and

CRAIG W. RELMAN CO., L.P.A.
Craig W. Relman (OBR 0043867)
James S. Schoen (OBR 0033085)
23811 Chagrin Blvd., Suite 160
Cleveland, OH 44122
(216) 514-4981
(216) 514-4987 Fax
crelman@aol.com

Co-Counsel for RFF Family Partnership, LP

**CERTIFICATE OF SERVICE**

       I certify that on January 12, 2015 a true and correct copy of the foregoing *Notice of Motion* was served:

Via the Court's Electronic Case Filing System on those entities and individuals who are listed on the Court's Electronic Mail Notice List:

Pamela Arndt on behalf of U.S. Trustee Asst US Trustee (Col)
Pamela.D.Arndt@usdoj.gov

Asst US Trustee (Col)
ustpregion09.cb.ecf@usdoj.gov

Paul J Battista on behalf of Creditor Capital Financial Holdings, LLC
pbattista@gjb-law.com

Amelia A Bower on behalf of Creditor Fidelity National Title Insurance Company
abower@plunkettcooney.com,
dstogner@plunkettcooney.com;bkennedy@plunkettcooney.com

Amelia A Bower on behalf of Interested Party Fidelity National Title Group
abower@plunkettcooney.com,
dstogner@plunkettcooney.com;bkennedy@plunkettcooney.com

Stephen Conway on behalf of Creditor Missouri Department of Revenue
chris.conway@dor.mo.gov

Daniel A DeMarco on behalf of Debtor In Possession John Joseph Louis Johnson, III
dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Christian Donovan on behalf of Creditor Capital Holding Enterprises, LLC
cdonovan@lnlattorneys.com, tpadovan@lnlattorneys.com

M Colette Gibbons on behalf of Creditor EOT Advisors, LLC
Colette.Gibbons@icemiller.com, carol.builder@icemiller.com

James H Gordon on behalf of Creditor Rod Blum
jgordon@gordonlawco.com

Katherine Kakish on behalf of Creditor Michigan Department of Treasury
kakishk@michigan.gov

Michael Richard Keefe on behalf of Creditor TCF Bank
notices@statmanharris.com, mkeefe@statmanharris.com

Marc J Kessler on behalf of Debtor In Possession John Joseph Louis Johnson, III
mkessler@hahnlaw.com, cphilpot@hahnlaw.com;cmbeitel@hahnlaw.com

Jennifer L Maffett-Nickelman on behalf of Creditor Pro Player Funding LLC

THDaytonECF@thompsonhine.com, jennifer.maffett-nickelman@thompsonhine.com

Sean D Malloy on behalf of Creditor Capital Financial Holdings, LLC
smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

W Irl Reasoner on behalf of Creditor Roger and Amy Schaefer
ireasoner@habashlaw.com

Kenneth M Richards on behalf of Creditor Capital Holding Enterprises, LLC
krichards@lnlattorneys.com

Matthew G. Summers on behalf of Creditor Pro Player Funding LLC
summersm@ballardspahr.com

David M Whittaker on behalf of Creditor Cobalt Sports Capital LLC
dwhittaker@bricker.com

Charles T Williams on behalf of Creditor Manhattan Village Home Owners' Association
c.williams@wslawllc.com

In addition, and to the extent not served as set forth above, via regular U.S. mail, first class postage prepaid, on January 12, 2015 on these entities and individuals who are listed on the attached.

/s/ Jeffrey M. Levinson
Jeffrey M. Levinson (0046746)
Levinson LLP
3783 S. Green Road
Cleveland, Ohio 44122
(216) 514-4935
(216) 514-4936 fax
jml@jml-legal.com

Counsel for the RFF Family Partnership, LP

4

```
Label Matrix for local noticing          Cobalt Sports Capital LLC                Fidelity National Title Group
0648-2                                   c/o John F. Young, Esq.                  2111 S 67th St Suite 210
Case 2:14-bk-57104                       1700 Lincoln St., Ste. 4550              Omaha, NE 68106-2287
Southern District of Ohio                Denver, CO 80203-4500
Columbus
Sun Jan 11 13:13:13 EST 2015

Fidelity National Title Insurance Company   Keller Williams Realty                AEP Ohio
c/o Jay Jolley                              401 S First Street                    PO Box 24401
2111 S. 67th Street                         Burbank, CA 91502-1964                Canton OH 44701-4401
Suite 210
Omaha, NE 68106-2287


Andrew Mortaza, CLHMS, CRS               Arizona Department of Revenue            Asst US Trustee (Col)
Keller Williams Realty                   PO Box 29086                             Office of the US Trustee
401 S. First Street                      Phoenix AZ 85038-9086                    170 North High Street
Burbank CA 91502-1964                                                             Suite 200
                                                                                  Columbus, OH 43215-2417


Auction and Estate Sales of LA, Inc.     BVA Group                                Breen Financial Services Inc
8033 W. Sunset Blvd., Suite 139          Wells Fargo Plaza                        9165 E. Tamarack Drive
Los Angeles CA 90046-2401                1000 Louisiana Street, Suite 6925        Building One
                                         Houston TX 77002-5022                    Dubuque, IA 52003-9453


CYA Sports Management                    California Franchise Tax Board           Capital Holdings Enterprises, LLC
PO Box 84586                             PO Box 942840                            c/o Hutchison & Steffen, LLC
Pearland TX 77584-0009                   Sacramento CA 94204-0002                 10080 W. Alta Drive
                                                                                  Suite 200
                                                                                  Las Vegas NV 89145-8724


Capital Financial Holdings, LLC          Capital Financial Partners, LLC          Capital Financial Partners, LLC
470 Atlantic Avenue                      470 Atlantic Ave., Fl. 4                 5879 NW 124th Way
Boston MA 02210-2208                     Boston MA 02210-2241                     Coral Springs FL 33076-3489


Capstar Bank                             Capstar Bank                             City of Columbus
201 4th Avenue North                     c/o Lawless & Associates, P.C.           Income Tax Division
Suite 950                                Thomas W. Lawless                        PO Box 183190
Nashville TN 37219-2096                  Suite 403, The Customs House             Columbus OH 43218-3190
                                         Nashville TN 37203


City of Manhattan Beach                  Climate Control Indoor Storage           Cobalt Sports Capital, LLC
1400 Highland Avenue                     490 South Maple                          210 University Boulevard
Manhattan Beach CA 90266-4728            Ann Arbor MI 48103-3835                  Denver CO 80206-4616


Colorado Department of Revenue           Columbia Gas of Ohio                     Columbus Blue Jackets
Denver CO 80261-0005                     PO Box 16587                             200 W. Nationwide Blvd.
                                         Columbus OH 43216                        Columbus OH 43215-2564


(p)INTERNAL REVENUE SERVICE              EOT Advisors, LLC                        EOT Advisors, LLC
CENTRALIZED INSOLVENCY OPERATIONS        777 Main Street                          c/o Anderson & Riddle, LLP
PO BOX 7346                              Suite 700                                James S. Kiser, Esq.
PHILADELPHIA PA 19101-7346               Fort Worth TX 76102-5340                 1604 8th Avenue
                                                                                  Fort Worth TX 76104-4114
```

| | | |
|---|---|---|
| Erin and Jeff Canaday<br>5889 Northcliff Blvd.<br>Dublin OH 43016-3296 | First Trust Escrow<br>40 E. Verdugo Avenue<br>Burbank CA 91502-1931 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 |
| Frank Khulusi<br>8 Stratford<br>Manhattan Beach CA 90266-7224 | Frank Khulusi<br>c/o Spierer Woodward Corbalis Goldberg<br>Melanie M. Archer, Esq.<br>707 Torrance Blvd.<br>Redondo Beach CA 90277-3463 | Franklin County Treasurer's Office<br>373 S. High St., 17th Floor<br>Columbus OH 43215-6306 |
| Gardner Haas PLLC<br>Two Lincoln Center<br>5420 LBJ Freeway, Suite 1200<br>Dallas TX 75240-6215 | (p)HCC INSURANCE HOLDINGS INC<br>13403 NORTHWEST FREEWAY<br>HOUSTON TX 77040-6006 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Jack Brewer<br>c/o The Jack Brewer Foundation<br>80 S. 8th Street, Suite 900<br>Minneapolis MN 55402-8773 | Jeff Canady<br>5889 Northcliff Blvd.<br>Dublin OH 43016-3296 |
| John Joseph-Louis Johnson , II<br>2705 Lowell Road<br>Ann Arbor MI 48103-2249 | Katzenmoyer Performance<br>200 Hoff Road<br>Westerville OH 43082-7153 | Keller, Turner, Ruth<br>700 12th Avenue, S.<br>Suite 302<br>Nashville TN 37203-3367 |
| Kristina Alexandra Johnson<br>2705 Lowell Road<br>Ann Arbor MI 48103-2249 | Levy, Small & Lallas<br>815 Morgan Drive<br>Los Angeles CA 90049-1633 | Manhattan Village HOA<br>c/o Witkin & Neal Incorporated<br>As Agent for Manhattan Village Homeowner<br>5805 Sepulveda Blvd.<br>Sherman Oaks CA 91411-2522 |
| Masachusetts DOR<br>PO Box 7002<br>Boston MA 02204-7002 | McDonald Corano Wilson<br>100 West Liberty St., 10th Floor<br>Reno NV 89501-1989 | Michael Traylor<br>3050 E Airport Way<br>Long Beach CA 90806-2404 |
| Michael and Michelle Traylor<br>48 Malaga Way<br>Manhattan Beach CA 90266-7201 | Michigan Department of Treasury<br>Lansing MI 48956-0001 | Minnesota Individual Income Tax<br>St. Paul MN 55145-0010 |
| Missouri DOR<br>PO Box 3222<br>Jefferson City MO 65102-3222 | NYS Department of Taxation and Finance<br>Attn:  Office of Counsel<br>Building 9<br>WA Harriman Campus<br>Albany NY 12227-0001 | National Mortgage Resources, Inc.<br>595 South Burlingame Avenue<br>Los Angeles CA 90049-4834 |
| National Mortgage Resources, Inc.<br>c/o Allen Matkins Leck Gamble Mallory et<br>Ryan T. Waggoner, Esq.<br>515 S. Figueroa St., 9th Floor<br>Los Angeles CA 90071-3301 | Neal & Harwell, PLC<br>Attn:  Chanelle A. Johnson, Esq.<br>150 Fourth Avenue, North<br>Suite 2000<br>Nashville TN 37219-2498 | North Carolina Department of Revenue<br>PO Box 25000<br>Raleigh NC 27640-0640 |

| | | |
|---|---|---|
| Ohio Attorney General<br>Collections Enforcement Section<br>Attn:  Bankruptcy Unit<br>150 East Gay Street, 21st Floor<br>Columbus OH 43215-3191 | Ohio Department of Taxation<br>Attn:  Bankruptcy Division<br>PO Box 530<br>Columbus OH 43216-0530 | PP Trustee LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>1811 Silverside Road<br>Wilmington DE 19810-4345 |
| Pennsylvania Dept. of Revenue<br>Strawberry Square<br>Harrisburg PA 17128-0001 | Pinnacle Solutions Enterprises, Inc.<br>4119 Charleston Trail<br>Smyrna GA 30080-6425 | Pro Player Funding LLC<br>152 West 57th Street<br>New York NY 10019-3386 |
| Pro Player Funding LLC<br>c/o Hancock Estabrook, LLP<br>Zachary M. Mattison<br>1500 AXA Tower I<br>Syracuse NY 13202 | Pro Player Funding LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>1811 Silverside Road<br>Wilmington DE 19810-4345 | Pro Player Trust<br>c/o Wilmington Trust., National Assoc.<br>Registered Agent<br>Rodney Square, N.<br>Wilmington DE 19890-0001 |
| RFF Family Partnership, LP<br>226 23rd Street<br>Santa Monica CA 90402-2512 | RFF Family Partnership, LP<br>c/o Jeffrey M. Levinson, Esq.<br>3783 Green Road<br>Beachwood, OH 44122-5705 | RFF Family Partnership, LP<br>c/o Parcells Law Firm<br>Dayton B. Parcells III, Esq.<br>1901 Avenue of the Stars<br>Los Angeles CA 90067-6002 |
| Ragnar Industries, LLC<br>c/o HL Statutory Agent, Inc.<br>200 Public Square, Suite 2800<br>Cleveland OH 44114-2306 | Ragnar Industries, LLC<br>c/o Mr. David C. Slates<br>Wells Fargo Advisors<br>485 Metro Place South, Suite 300<br>Dublin, OH 43017-1882 | Rebecca Rakenski<br>2144 Golferesr<br>Commerce Township MI 48382-1256 |
| Rodney L. Blum<br>11361 Oakland Farms Road<br>Dubuque IA 52003-9101 | Rodney L. Blum<br>c/o Alyson C. Tanenbaum<br>495 East Mound Street<br>Columbus OH 43215-5596 | Roger & Amy Schaefer<br>c/o W. Irl Reasoner, Esq.<br>Habash & Reasoner LLP<br>471 E. Broad Street, Suite 1520<br>Columbus OH 43215-3888 |
| Roger and Amy Schaefer<br>c/o W. Irl Reasoner, Esq.<br>Habash & Reasoner LLP<br>471 East Broad Street, Suite 1520<br>Columbus OH 43215-3888 | Securities and Exchange Commission<br>175 W Jackson Blvd Suite 900<br>Chicago IL 60604-2908 | Southern CA Edison<br>PO Box 600<br>Rosemead CA 91770-0600 |
| Southern California Edison Company<br>Attn: Credit/Payment Services<br>1551 W San Bernardino Rd<br>Covina CA 91722-3407 | State of California<br>Franchise Tax Board<br>PO Box 942867<br>Sacramento CA 94267-0001 | State of New Jersey-TGI<br>Division of Taxation<br>Revenue Processing Center<br>PO Box 244<br>Trenton NJ 08646-0244 |
| Steve Miller<br>595 S. Burlingame Avenue<br>Los Angeles CA 90049-4834 | Steve Miller<br>c/o Allen Matkins Leck Gamble Mallory et<br>Ryan T. Waggoner, Esq.<br>515 S. Figueroa St., 9th Floor<br>Los Angeles CA 90071-3301 | TCF Bank<br>801 Marquette Avenue<br>Minneapolis MN 55402-3475 |
| TCF Bank<br>c/o Shaheen, Jacobs & Ross, P.C.<br>1425 Ford Building<br>615 Griswold<br>Detroit MI 48226-3907 | Team Johnson Investments, LLC<br>2705 Lowell Road<br>Ann Arbor MI 48103-2249 | The One Source Enterprises, LLC<br>6011 El Parque Avenue<br>Las Vegas NV 89146-1247 |

| | | |
|---|---|---|
| Time Warner Cable<br>1015 Olentangy River Road<br>Columbus OH 43212-3149 | Tri-Star Sports & Entertainment Group<br>11 Music Circle South<br>Nashville TN 37203-5715 | U.S. Attorney's Office<br>303 Marconi Boulevard, Suite 200<br>Columbus OH 43215-2326 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Department of Justice<br>Eric H. Holder, Jr., Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | US Storage Centers-South Bay<br>14680 Aviation Blvd.<br>Hawthorne CA 90250-6656 |
| United States Attorney<br>303 Marconi Blvd Suite 200<br>Columbus OH 43215-2326 | Verizon Wireless<br>PO Box 15124<br>Albany NY 12212-5124 | Daniel A DeMarco<br>200 Public Square<br>Suite 2800<br>Cleveland, OH 44114-2306 |
| John Joseph Louis Johnson III<br>4110 Hanover Square Drive<br>Gramercy Place<br>Dublin, OH 43016-7086 | Marc J Kessler<br>Hahn Loeser & Parks LLP<br>65 E. State Street, Suite 1400<br>Columbus, OH 43215-4209 | Sean D. Malloy<br>c/o McDonald Hopkins LLC<br>600 Superior Avenue East, Ste 2100<br>Cleveland, OH 44114-2690 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service Center<br>Kansas City MO 64999-0002 | HCC Specialty Underwriters Inc.<br>401 Edgewater Place<br>Suite 400<br>Wakefield MA 01880 | Illinois Department of Revenue<br>PO Box 1040<br>Galesburg IL 61402-1040 |
| (d)Internal Revenue Service<br>Insolvencies<br>PO Box 21126<br>Philadelphia PA 19114 | U.S. Bank<br>4801 Frederica Street<br>Owensboro KY 42301 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Capital Financial Holdings, LLC | (u)Capital Holding Enterprises, LLC | (u)EOT Advisors, LLC |
| (u)Manhattan Village Home Owners' Associat | (u)Michigan Department of Treasury | (u)Missouri Department of Revenue |

| | | |
|---|---|---|
| (u)Pro Player Funding LLC | (u)RFF Family Partnership, LP | (u)TCF Bank |
| (u)Tri Star Sports & Entertainment | (d)City of Manhattan Beach<br>1400 Highland Avenue<br>Manhattan Beach, CA 90266-4728 | (d)Cobalt Sports Capital, LLC<br>210 University Boulevard<br>Denver, CO 80206-4616 |
| (d)Erin and Jeff Canaday<br>5889 Northcliff Blvd.<br>Dublin, OH 43016-3296 | (d)Gardner Haas PLLC<br>Two Lincoln Center<br>5420 LBJ Freeway, Suite 1200<br>Dallas, TX 75240-6215 | (d)Jack Brewer<br>c/o The Jack Brewer Foundation<br>80 S. 8th Street, Suite 900<br>Minneapolis, MN 55402-8773 |
| (d)Keller, Turner, Ruth<br>700 12th Avenue, S.<br>Suite 302<br>Nashville, TN 37203-3367 | (u)Kingspoke | (d)Levy, Small & Lallas<br>815 Morgan Drive<br>Los Angeles, CA 90049-1633 |
| (d)McDonald Corano Wilson<br>100 West Liberty St., 10th Floor<br>Reno, NV 89501-1989 | (d)Michael and Michelle Traylor<br>48 Malaga Way<br>Manhattan Beach, CA 90266-7201 | (d)Rebecca Rakenski<br>2144 Golferesr<br>Commerce Township, MI 48382-1256 |
| (u)Tri-Star Investment Capital<br>Ground Floor No. 2<br>Woodberry Grove, North Finchley<br>London N12 0DR | (d)US Storage Centers-South Bay<br>14680 Aviation Blvd.<br>Hawthorne, CA 90250-6656 | (u)Rod Blum |
| (u)Roger and Amy Schaefer | End of Label Matrix<br>Mailable recipients   101<br>Bypassed recipients    25<br>Total                 126 | |