# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | Case No. 14-57104 |
| | : | |
| John Joseph Louis Johnson, III, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge John E. Hoffman, Jr. |

## OBJECTING CREDITORS NOTICE OF DEPOSITIONS

Rodney Blum, through counsel, for himself and Capital Financial Holdings, LLC, Capital Holdings Enterprises, LLC, Cobalt Sports Capital, LLC, EOT Advisors, Inc., ProPlayer Funding, LLC, and RFF Family Partnership, LP (collectively, the "Objecting Creditors"), pursuant to Fed. R. Civ. P. 30, as incorporated into Fed. R. Bankr. P. 7030, hereby give notice that they shall examine the following persons under oath, at the following times and locations:

| NAMES OF WITNESSES | DATES & TIMES | LOCATION |
|---|---|---|
| Kristina Johnson<br>2705 Lowell Road<br>Ann Arbor, MI 48103 | Monday, August 17, 2015 commencing at 10:00 a.m. | McDonald Hopkins PLC<br>39533 Woodward Ave.<br>Suite 318<br>Bloomfield Hills, MI 48304 |
| John Joseph Louis Johnson II<br>2705 Lowell Road<br>Ann Arbor, MI 48103 | Monday, August 17, 2015 commencing at 1:00 p.m. | McDonald Hopkins PLC<br>39533 Woodward Ave.<br>Suite 318<br>Bloomfield Hills, MI 48304 |

The depositions are being conducted pursuant to Fed. R. Civ. P. 30, as incorporated in Fed. R. Bankr. P. 7030, and will be taken before a certified court reporter or some other notary public or officer authorized to record the testimony. The testimony will be recorded by

1

audiovisual and stenographic means. The depositions are being taken for the purpose of discovery, for use at trial, or for both, but in any event as related to the *Motion of Debtor and Debtor-in-Possession for an Order Converting Debtor's Chapter 11 Case to a Case under Chapter 7 and Granting Related Relief* [Doc. 167] filed March 5, 2015 by deponent John Joseph Louis Johnson, III, debtor and debtor in possession, and/or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law, and shall continue from day to day until completed. Any objections must be filed prior to the taking of the deposition.

Respectfully submitted this 6th day of August, 2015.

Respectfully Submitted,

/s/ James H. Gordon
James H. Gordon (0017155)
Gordon Law Firm Co., LPA
7677 Patterson Road
Hilliard, OH 43026
(614) 529-0888
(614) 529-0850 (fax)
jgordon@gordonlawco.com
Counsel for Rodney Blum

## CERTIFICATE OF SERVICE

I certify that on August 6, 2015, a true and correct copy of the foregoing *Objecting Creditors' Notice of Depositions* was served via electronic mail on these entities and individuals who are parties to this contested matter:

Pamela Arndt on behalf of U.S. Trustee Asst US Trustee (Col)
Pamela.D.Arndt@usdoj.gov

Paul J Battista on behalf of Creditor Capital Financial Holdings, LLC
pbattista@gjb-law.com

Daniel A DeMarco on behalf of Debtor In Possession John Joseph Louis Johnson, III
dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Christian Donovan on behalf of Creditor Capital Holding Enterprises, LLC
cdonovan@lnlattorneys.com, tpadovan@lnlattorneys.com

M Colette Gibbons on behalf of Creditor EOT Advisors, LLC
Colette.Gibbons@icemiller.com, carol.builder@icemiller.com

Jeffrey Mark Levinson on behalf Creditor RFF Family Partnership, LP
jml@jml-legal.com

Craig W Relman on behalf of Creditor RFF Family Partnership, LP
crelman@aol.com

Marc J Kessler on behalf of Debtor In Possession John Joseph Louis Johnson, III
mkessler@hahnlaw.com, cphilpot@hahnlaw.com;cmbeitel@hahnlaw.com

Jennifer L Maffett-Nickelman on behalf of Creditor Pro Player Funding LLC
THDaytonECF@thompsonhine.com, jennifer.maffett-nickelman@thompsonhine.com

Sean D Malloy on behalf of Creditor Capital Financial Holdings, LLC
smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Kenneth M Richards on behalf of Creditor Capital Holding Enterprises, LLC
krichards@lnlattorneys.com

Matthew G. Summers on behalf of Creditor Pro Player Funding LLC
summersm@ballardspahr.com

David M Whittaker on behalf of Creditor Cobalt Sports Capital LLC
dwhittaker@bricker.com

 Christopher M. Winter on behalf of Creditor Pro Player Funding LLC
cmwinter@duanemorris.com

John F Young on behalf of Creditor Cobalt Sports Capital LLC
jyoung@markuswilliams.com, jtokuoka@markuswilliams.com;docket@markuswilliams.com

                        /s/ James H. Gordon
                        James H. Gordon