**TRANSMITTAL OF FINANCIAL REPORTS AND**
**CERTIFICATION OF COMPLIANCE WITH**
**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
**THE PERIOD ENDED:** OCTOBER 2015

IN RE:                                    :
                                          :   CASE NO.:   14-57104
                                          :   Chapter 11
                                          :   Judge:      Hoffman
John Joseph Louis Johnson, III            :
_____          :
            **Debtor**
                                          :

As debtor in possession, I affirm:

1.      That I have reviewed the financial statements attached hereto, consisting of:

|   |   |   |
|---|---|---|
| X | Income Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations Individuals | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Schedule of In-Force Insurance | (Form 6) |

and that they have been prepared in accordance with normal and customary accounting
practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2.      That the insurance, including workers' compensation and unemployment insurance,
as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation)      YES_X___      NO_____

3.      That all postpetition taxes as described in Sections 1 and 14 of the Operating
Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)      YES_X___      NO_____

4.      No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.
(If not, attach a written explanation)      YES_X___      NO_____

5.      All United States Trustee Quarterly fees have been paid and are current.
                                            YES_X___      NO_____

6.      Have you filed your prepetition tax returns.
(If not, attach a written explanation)      YES_X___      NO_____

I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

Dated:  _11/19/15_                  _____
                                            **Individual Debtor**

                                    _____        _____
                                           **Phone**

**Form 1**

8005944.1

FORM 2

**INCOME/EXPENSE STATEMENT FOR INDIVIDUALS**
**(Period Ending October 31, 2015)**

| | | October | |
|---|---|---|---|
| Opening Balance | | $1,456,973.15 | |
| Initial Deposit | | $0.00 | $8,545.62 |
| Gross Income from Salary/Wages | | $764,646.11 | $6,132,256.56 |
| Less Payroll Deductions: | | | |
| | a. Payroll Taxes & Social Security | $332,659.95 | $2,608,573.05 |
| | b. Insurance Deducted | $0.00 | $0.00 |
| | c. Escrow | $86,021.50 | $825,645.13 |
| | d. Union Dues | $600.00 | $6,180.00 |
| | e. League Fines | $0.00 | $70,276.50 |
| | f. Misc. After Tax Deductions | $7,052.99 | $13,800.51 |
| | g. Pitt. Lst. | $0.00 | $52.00 |
| | h. Meals | $0.00 | $2,724.10 |
| | i. Per Diem (out) | $0.00 | $564.00 |
| | j. Taxable Fringe | $0.00 | $3,397.68 |
| | Subtotal of Payroll Deductions | $426,334.44 | $3,531,212.97 |
| Total Net Take Home Pay | | $338,311.67 | $2,601,043.59 |
| | | | $0.00 |
| Other Than Salary | | | $0.00 |
| Income from Real Property | | $0.00 | $10,000.00 |
| Interest & Dividends | | $10.69 | $92.88 |
| Alimony, Maintenance or Support Payments | | $0.00 | $0.00 |
| Social Security or Other Government Assistance | | $0.00 | $0.00 |
| Pension or Retirement Income | | $0.00 | $0.00 |
| Other Income (specify) - Refund, provisional credit (per City | | | |
| National Bank) and tax refunds | | $2,023.97 | $21,902.33 |
| Consignment Sale | | $0.00 | $111.20 |
| Travelers Reimbursement | | $0.00 | $19.00 |
| **Total Monthly Income** | | **$340,346.33** | **$2,641,714.62** |
| | | | |
| Rent | | $1,692.76 | $34,034.71 |
| Real estate taxes - Dublin | | $0.00 | $0.00 |
| Renter's insurance - Dublin | | $391.00 | $808.00 |
| Home maintenance, repair and upkeep expenses - Dublin | | $117.18 | $1,184.39 |
| HOA - Dublin | | $0.00 | $0.00 |
| Electricity, heat, natural gas | | $3,255.20 | $14,635.03 |
| Water, sewer, garbage collection | | $0.00 | $152.14 |
| Telephone, cell phone, internet, cable | | $819.36 | $7,200.90 |
| Storage units | | $859.50 | $10,854.50 |
| Food and housekeeping | | $4,429.71 | $36,360.57 |
| Childcare - education | | $0.00 | $0.00 |
| Clothing, laundry, and dry cleaning | | $772.25 | $10,702.54 |
| Personal care products and services | | $48.15 | $8,916.00 |
| Medical dental | | $0.00 | $2,417.66 |
| Transportation - gas, maintenance and repair, not car payments | | $442.59 | $14,214.73 |
| Entertainment | | $0.00 | $5,634.63 |
| Charitable/religious | | $450.00 | $4,020.00 |
| Life insurance | | $0.00 | $0.00 |
| Health insurance | | $0.00 | $0.00 |
| Vehicle insurance | | $2,146.60 | $22,903.77 |
| Disability Insurance | | $0.00 | $0.00 |
| Taxes not withheld | | $10,524.00 | $79,673.85 |
| Vehicle #1 - car payment | | $521.22 | $6,254.68 |
| Vehicle #2 - car payment | | $0.00 | $0.00 |
| Tuition (Continuing Education) | | $0.00 | $9,772.80 |
| Living expenses/tuition (Kenny) | | $0.00 | $15,350.93 |
| Mortgage - (Malaga Way) | | $0.00 | $50,708.30 |
| Mortgage - (Ann Arbor) | | $0.00 | $0.00 |
| Property taxes - (Malaga Way) | | $0.00 | $0.00 |
| Property taxes - (Ann Arbor) | | $0.00 | $0.00 |
| Property insurance (Malaga Way) | | $0.00 | $2,273.00 |
| Property insurance (Ann Arbor) | | $2,179.30 | $4,271.30 |
| Maintenance, repair and upkeep expenses (Malaga Way) | | $0.00 | $0.00 |
| Maintenance, repair and upkeep expenses (Ann Arbor) | | $845.50 | $885.49 |
| HOA (Malaga Way) | | $0.00 | $0.00 |
| HOA (Ann Arbor) | | $0.00 | $0.00 |
| Other - Postage and Delivery | | $217.93 | $2,084.94 |
| Other - Legal Fees | | $7,490.32 | $424,282.97 |
| Other - John Johnson | | $1,600.00 | $25,260.00 |

| | | | |
|---|---|---|---|
| Other - Gifts | | $0.00 | $631.36 |
| Other - Licenses & Fees | | $0.00 | $10,377.41 |
| Other - Checks Issued Pre-Petition/Cleared Post-Petition | | $0.00 | $6,339.00 |
| Other - Travel | | $0.00 | $7,002.44 |
| Other-Wedding Expenses | | $0.00 | $48,907.69 |
| Other - Moving Expenses | | $0.00 | $1,159.20 |
| Other  - Bank Fees | | $0.00 | $88.25 |
| Other - Training Expenses | | $450.00 | $10,719.09 |
| Other - Game Shirts | | $0.00 | $1,100.00 |
| Other - Furniture | | $0.00 | $2,090.00 |
| Other - Offset to Provisional credit (per City National Bank) | | $0.00 | $570.73 |
| | **Total Expenditures** | **$39,252.57** | **$883,843.00** |

| | | |
|---|---|---|
| Net Income/Loss | **$301,093.76** | |

Jack Johnson III
**Balance Sheet**
As of OCTOBER 31, 2015

| ASSETS | | | |
|---|---|---|---|
| Current Assets | **OCTOBER** | **SEPTEMBER** | **AT FILING** |
| Checking/Savings | | | |
| 166 – CNB BP 7005[1] | $439,028.03 | $144,045.90 | $6,343.00 |
| 999 – CNB PSA 6815 | $18,944.77 | $12,843.83 | $2,202.62 |
| CNB MM 4583 | $1,300,094.11 | $1,300,083.42 | |
| **Total Checking/Savings** | **$1,758,066.91** | **$1,456,973.15** | **$8,545.62** |
| | | | |
| Other Current Assets | | | |
| Security Deposit – Dublin, OH | $4,650.00 | $4,650.00 | $2,000.00 |
| CA – Escrow, 48 Malaga Way | $0.00 | $0.00 | $0.00 |
| Client Trust Account (BMW X6) | $6,254.68 | $5,733.46 | $0.00 |
| Client Trust Account (Malaga Way) | $4,531.46 | $4,531.46 | $0.00 |
| **Total Other Current Assets** | **$15,436.14** | **$14,914.92** | **$2,000.00** |
| | | | |
| Investment Accounts | | | |
| NHL Players US 401(k) #1 | $293,939.19 | $293,939.19 | $293,939.19 |
| Unrealized Loss(Gain)-Pension | -$3,901.85 | -$3,901.85 | -$3,901.85 |
| NHL Players US 401(k) #2 | $9,968.10 | $9,968.10 | $9,968.10 |
| Unrealized Gain(Loss) 401(k) | -$132.32 | -$132.32 | -$132.32 |
| **Total Investment Accounts** | **$299,873.12** | **$299,873.12** | **$299,873.12** |
| | | | |
| **TOTAL CURRENT ASSETS** | **2,073,376.17** | **$1,771,761.19** | **$310,418.74** |
| | | | |
| Fixed Assets | | | |
| Real Estate | | | |
| Furniture and Equipment | $2,090.00 | $2,090.00 | |
| CA – Malaga Way | $0.00 | $0.00 | $1,650,000.00 |
| MI – Ann Arbor | $550,000.00 | $550,000.00 | $550,000.00 |
| **Total Real Estate** | **$552,090.00** | **$552,090.00** | **$2,200,000.00** |
| | | | |
| Vehicles | | | |
| 2007 BMW X5 (4757) | $21,025.00 | $21,025.00 | $21,025.00 |
| 2007 BMW X5 (6763) | $21,025.00 | $21,025.00 | $21,025.00 |
| 2011 Ferrari (0185) | $193,000.00 | $193,000.00 | $193,000.00 |
| 2012 BMW X6 (0774) | $45,000.00 | $45,000.00 | $45,000.00 |
| **Total Vehicles** | **$280,050.00** | **$280,050.00** | **$280,050.00** |
| | | | |
| **TOTAL FIXED ASSETS** | **$832,140.00** | **$832,140.00** | **$2,480,050.00** |
| | | | |
| Other Assets | | | |
| Personal Property | $318,035.00 | $318,035.00 | $318,035.00 |
| Partnership Investments Barwis | $90,000.00 | $90,000.00 | |
| **Total Other Assets** | **$408,035.00** | **$408,035.00** | **$318,035.00** |
| | | | |
| **TOTAL ASSETS** | **$3,313,551,17** | **$3,011,936.19** | **$3,108,503.74** |
| | | | |

| LIABILITIES & EQUITY | | | |
|---|---|---|---|
| Liabilities | | | |
| **Current Liabilities** | **-$3,847.05** | **-$3,847.05** | **$0.00** |
| | | | |
| Pre-Petition Liabilities-Secure | | | |
| L/P – Capital Financial Holdings | $2,300,000.00 | $2,300,000.00 | $2,300,000.00 |
| L/P – Capstar Bank | $327,971.23 | $327,971.23 | $327,971.23 |
| L/P – EOT Advisors, LLC | $525,000.00 | $525,000.00 | $525,000.00 |
| L/P – Manhattan Village HOA | $41,206.00 | $41,206.00 | $41,206.00 |
| L/P – Pro Player Funding LLC | $3,047,008.00 | $3,047,008.00 | $3,047,008.00 |
| L/P – Ragnar Industries | $157,868.92 | $157,868.92 | $157,868.92 |
| L/P – RFF Family Partnership | $1,700,401.40 | $1,700,401.40 | $1,700,401.40 |
| L/P – Rodney Blum | $1,042,282.00 | $1,042,282.00 | $1,042,282.00 |
| L/P – TCF Bank, 2705 Lowell Rd | $473,294.00 | $473,294.00 | $473,294.00 |
| L/P – US Bank 48 Malaga Way | $0.00 | $0.00 | $1,165,966.00 |
| | | | |
| **Total Pre-Petition Liabilities-Secure** | **$9,615,031.55** | **$9,615,031.55** | **$10,780,997.55** |
| | | | |
| **Pre-Petition Liability – Tax** | **$6,868.29** | **$6,868.29** | **$6,868.29** |
| | | | |
| **Pre-Petition Liability – Unsecured[2]** | **$1,704,387.51** | **$1,704,387.51** | **$1,704,387.51** |
| | | | |
| **Total Liabilities** | **$11,322,440.30** | **$11,322,440.30** | **$12,492,253.35** |
| | | | |
| Equity | | | |
| Retained Earnings | -$8,008,889.13 | -$8,310,504.11 | -$9,383,749.61 |
| Net Income | $301,093.76 | $-43,740.17 | $0.00 |
| **Total Equity** | **-$7,707,795.37** | **-$8,354,244.28** | **-$9,383,749.61** |
| | | | |
| | | | |
| TOTAL LIABILITIES & EQUITY | $3,313,551,17 | $3,011,936.19 | $3,108,503.74 |

---

[2] See Schedule F

SUMMARY OF OPERATIONS
PERIOD ENDED: OCTOBER 2015

Case No.: 14-57104

### Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal: | $1,746,544.72 | $0.00 | $262,573.62 | $2,009,118.34 |
| State: | $194,096.58 | $0.00 | $25,539.13 | $219,635.71 |
| Local: | $81,738.17 | $0.00 | $13,752.60 | $95,490.77 |
| Self Employment Taxes | $0.00 | $0.00 | $0.00 | $0.00 |
| FICA Withheld/Employers FICA | $111,123.22 | $0.00 | $15,947.67 | $127,070.89 |
| | | $0.00 | $0.00 | $0.00 |
| Unemployment Tax: | $0.00 | $0.00 | $0.00 | $0.00 |
| Federal: | $0.00 | $0.00 | $0.00 | $0.00 |
| State: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | $0.00 | $0.00 | $0.00 |
| State Use & Excise Taxes: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | $0.00 | $0.00 | $0.00 |
| Property Taxes: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | $0.00 | $0.00 | $0.00 |
| Workers Compensation: | $0.00 | $0.00 | $0.00 | $0.00 |
| | | $0.00 | $0.00 | $0.00 |
| Other: | | $0.00 | $0.00 | $0.00 |
| State of PA | $40,195.47 | $0.00 | $0.00 | $40,195.47 |
| State of MN | $4,619.19 | $0.00 | $2,473.11 | $7,092.30 |
| State of MA | $1,254.74 | $0.00 | $0.00 | $1,254.74 |
| State of CO | $1,113.00 | $0.00 | $2,555.00 | $3,668.00 |
| State of AZ | $1,451.61 | $0.00 | $123.82 | $1,575.43 |
| State of NY | $8,069.05 | $0.00 | $6,952.38 | $15,021.43 |
| State of MI | $2,072.35 | $0.00 | $173.66 | $2,246.01 |
| State of NC | $1,380.00 | $0.00 | $0.00 | $1,380.00 |
| State of NJ | $1,725.22 | $0.00 | $0.00 | $1,725.22 |
| City of Philadelphia | $14,252.36 | $0.00 | $0.00 | $14,252.36 |
| State of IL | $913.57 | $0.00 | $994.05 | $1,907.62 |
| State of MO | $1,429.00 | $0.00 | $364.00 | $1,793.00 |
| State of CA | $0.00 | $0.00 | $1,032.05 | $1,032.05 |
| City of Detroit | $0.00 | $0.00 | $110.07 | $110.07 |
| City of St. Louis | $0.00 | $0.00 | $68.79 | $68.79 |
| TOTALS | $2,211,978.25 | $0.00 | $332,659.95 | $2,544,638.20 |

### AGING OF ACCOUNTS RECEIVABLE
### AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition Accounts Payable | N/A | | |
| Accounts Receivable | N/A | | |

For all postpetition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization.

**MONTHLY CASH STATEMENT**
**Period Ending:**

**Cash Activity Analysis (Cash Basis Only):**                    Case No: ___14-57104___

|  |  | BILL PAY<br>ACCT. | PSA<br>ACCT. | MM<br>ACCT. |
|---|---|---|---|---|
| A. | Beginning Balance | $144,045.90 | $12,843.83 | $1,300,083.42 |
| B. | Receipts<br>(Attach separate schedule) | $340,132.06 | $15,203.58 | $    10.69 |
| C. | Balance Available<br>(A + B) | $484,177.98 | $28,047.41 | $1,300,094.11 |
| D. | Less Disbursements<br>(Attach separate schedule) | $ 45,149.93 | $ 9,102.64 | $    0.00 |
| E. | ENDING BALANCE<br>(C - D) | $439,028.03 | $18,944.77 | $1,300,094.11 |

**(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)**

BILL PAY ACCOUNT
1. **Depository Name & Location**   City National Bank, Nashville Office
2. **Account Number (last 4 digits only)** 7005

PSA ACCOUNT
1. **Depository Name & Location**   City National Bank, Nashville Office
2. **Account Number (last 4 digits only)** 6813

MONEY MARKET ACCOUNT
1. **Depository Name & Location**   City National Bank, Nashville Office
2. **Account Number (last 4 digits only)** 4583

**Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):**

_____

_____

**Date:** _____   _____
                                                         **Debtor in Possession**

**Form 5**

**CASH REPORT**
(BASED UPON A CONSOLIDATED ACCOUNTING OF ALL D-I-P ACCOUNTS)

CASE NAME:      John Joseph Louis Johnson, III

CASE NUMBER:    14-57104

MONTH AND YEAR:   OCTOBER 2015

Beginning cash balance (i.e. ending balance form previous report)        $ 1,456,973.15

Add: All receipts for the month. Do not include transfers
between accounts.                                                        $ 340,346.33

Deduct: All disbursements for the month. Do not include
transfers between accounts.                                              $ 39,252.57

Net cash flow (receipts minus disbursements)                            $ 301,093.76

Ending cash balance (i.e. next month's beginning cash balance)          $ 1,758,066.91


==================================================================== ===============

REPORT OF UNPAID DELINQUENT POST PETITION TAXES

List all unpaid tax obligations which have accrued after the date of the filing of the Chapter 11 petition
obligations) which are now due and owing (i.e. delinquent), but have, in fact, not het bee timely paid.
**Do not list any prepetition tax obligations.**

| TAXING AUTHORITY | TYPE TAX | TAX PERIOD | DUE DATE | AMOUNT |
|---|---|---|---|---|
| n/a | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**xvii.**


**FORM 5A**

## SCHEDULE OF IN-FORCE INSURANCE

**Period Ending:** OCTOBER 2015

Case No: 14-57104

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Automobile | Progressive | 4/17/2016 |
| Homeowners (Lowell) | Frost Specialty Inc. | 10/17/2016 |
| Renters | Travelers | 10/15/2016 |

**Form 6**

# Your ID Cards

Keep these cards handy--in your glove compartment or wallet. And contact us anytime you have a question or need to report a claim.

If you have a claim, we'll get you back on the road as soon as possible. And while you'll always have a choice where to repair your vehicle, when you use a shop in our preapproved network, we'll guarantee your repair for as long as you own or lease your vehicle.

**Thank you for choosing Progressive.**

---



**John J Johnson**

Valued Customer Since 2014



Form A022 MI (03/11)

A person who supplies false information to the Secretary of State or who issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by imprisonment for not more than 1 year, or a fine of not more than $1,000.00, or both.
**IF YOU'RE IN AN ACCIDENT**
1. Remain at the scene. Don't admit fault.
2. Find a safe location, call the police, and exchange driver information.
3. Call Progressive right away.
**TO REPORT A CLAIM**
Call 1-800-274-4499 or go to claims.progressive.com.
Use your own repair shop, or choose one in our network. Or, let us manage the process start-to-finish at our Service Center in Livonia, MI.
**NEED ROADSIDE ASSISTANCE?**
Call 1-800-776-2778.

***PROGRESSIVE***

**KEEP THIS CARD IN YOUR VEHICLE WHILE IN OPERATION.**

---

### CERTIFICATE OF NO-FAULT INSURANCE - Michigan

**Policy Number:** ███4150     **NAIC Number:** 10187
**Effective Date:** 10/17/2015     **Expiration Date:** 04/17/2016
**Insurer:** Progressive Michigan Ins Company 1-800-876-5581
            PO Box 6807 Cleveland, OH 44101
**Named Insured(s):**
John J Johnson

**Your Agent:**
Frost Specialty, LLC 1-615-322-9171
1117 17TH AVE S
NASHVILLE, TN 37212

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2007 | Bmw  | X5    | ███████4757 |

WARNING: KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.
PENALTY FOR OPERATION WITHOUT INSURANCE
Michigan law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits on the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. An owner or registrant convicted of such a misdemeanor shall be fined not less than $200.00 nor more than $500.00, imprisoned for not more than 1 year, or both.

# Your ID Cards

Keep these cards handy--in your glove compartment or wallet. And contact us anytime you have a question or need to report a claim.

If you have a claim, we'll get you back on the road as soon as possible. And while you'll always have a choice where to repair your vehicle, when you use a shop in our preapproved network, we'll guarantee your repair for as long as you own or lease your vehicle.

**Thank you for choosing Progressive.**

---



### John J Johnson

### Valued Customer Since 2014



Form A022 MI (03/11)

A person who supplies false information to the Secretary of State or who issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by imprisonment for not more than 1 year, or a fine of not more than $1,000.00, or both.

**IF YOU'RE IN AN ACCIDENT**
1. Remain at the scene. Don't admit fault.
2. Find a safe location, call the police, and exchange driver information.
3. Call Progressive right away.

**TO REPORT A CLAIM**
Call 1-800-274-4499 or go to claims.progressive.com.

Use your own repair shop, or choose one in our network. Or, let us manage the process start-to-finish at our Service Center in Livonia, MI.

**NEED ROADSIDE ASSISTANCE?**
Call 1-800-776-2778.

**PROGRESSIVE**

**KEEP THIS CARD IN YOUR VEHICLE WHILE IN OPERATION.**

---

### CERTIFICATE OF NO-FAULT INSURANCE - Michigan

**Policy Number:** ▮4150    **NAIC Number:** 10187
**Effective Date:** 10/17/2015    **Expiration Date:** 04/17/2016
**Insurer:** Progressive Michigan Ins Company 1-800-876-5581
      PO Box 6807 Cleveland, OH 44101
**Named Insured(s):**
John J Johnson

**Your Agent:**
Frost Specialty, LLC 1-615-322-9171
1117 17TH AVE S
NASHVILLE, TN 37212

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2011 | Ferrari | California Conv | ▮0185 |

**WARNING:** KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.
**PENALTY FOR OPERATION WITHOUT INSURANCE**
Michigan law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits on the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. An owner or registrant convicted of such a misdemeanor shall be fined not less than $200.00 nor more than $500.00, imprisoned for not more than 1 year, or both.

# Your ID Cards

Keep these cards handy--in your glove compartment or wallet. And contact us anytime you have a question or need to report a claim.

If you have a claim, we'll get you back on the road as soon as possible. And while you'll always have a choice where to repair your vehicle, when you use a shop in our preapproved network, we'll guarantee your repair for as long as you own or lease your vehicle.

**Thank you for choosing Progressive.**

---

**John J Johnson**

Valued Customer Since 2014



Form A022 MI (03/11)

A person who supplies false information to the Secretary of State or who issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by imprisonment for not more than 1 year, or a fine of not more than $1,000.00, or both.

**IF YOU'RE IN AN ACCIDENT**
1. Remain at the scene. Don't admit fault.
2. Find a safe location, call the police, and exchange driver information.
3. Call Progressive right away.

**TO REPORT A CLAIM**
Call 1-800-274-4499 or go to claims.progressive.com.

Use your own repair shop, or choose one in our network. Or, let us manage the process start-to-finish at our Service Center in Livonia, MI.

**NEED ROADSIDE ASSISTANCE?**
Call 1-800-776-2778.

*PROGRESSIVE*

**KEEP THIS CARD IN YOUR VEHICLE WHILE IN OPERATION.**

---

**CERTIFICATE OF NO-FAULT INSURANCE - Michigan**

**Policy Number:** ▇▇4150       **NAIC Number:** 10187
**Effective Date:** 10/17/2015       **Expiration Date:** 04/17/2016
**Insurer:** Progressive Michigan Ins Company 1-800-876-5581
PO Box 6807 Cleveland, OH 44101
**Named Insured(s):**
John J Johnson

**Your Agent:**
Frost Specialty, LLC 1-615-322-9171
1117 17TH AVE S
NASHVILLE, TN 37212

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2012 | Bmw | X6 | ▇▇0774 |

WARNING: KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.
PENALTY FOR OPERATION WITHOUT INSURANCE
Michigan law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits on the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. An owner or registrant convicted of such a misdemeanor shall be fined not less than $200.00 nor more than $500.00, imprisoned for not more than 1 year, or both.

# Your ID Cards

Keep these cards handy--in your glove compartment or wallet. And contact us anytime you have a question or need to report a claim.

If you have a claim, we'll get you back on the road as soon as possible. And while you'll always have a choice where to repair your vehicle, when you use a shop in our preapproved network, we'll guarantee your repair for as long as you own or lease your vehicle.

**Thank you for choosing Progressive.**

---

**John J Johnson**

Valued Customer Since 2014



Form A022 MI (03/11)

A person who supplies false information to the Secretary of State or who issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by imprisonment for not more than 1 year, or a fine of not more than $1,000.00, or both.

**IF YOU'RE IN AN ACCIDENT**
1. Remain at the scene. Don't admit fault.
2. Find a safe location, call the police, and exchange driver information.
3. Call Progressive right away.

**TO REPORT A CLAIM**
Call 1-800-274-4499 or go to claims.progressive.com.

Use your own repair shop, or choose one in our network. Or, let us manage the process start-to-finish at our Service Center in Livonia, MI.

**NEED ROADSIDE ASSISTANCE?**
Call 1-800-776-2778.

**PROGRESSIVE**

**KEEP THIS CARD IN YOUR VEHICLE WHILE IN OPERATION.**

---

**CERTIFICATE OF NO-FAULT INSURANCE - Michigan**

**Policy Number:** ▓▓▓▓4150    **NAIC Number:** 10187
**Effective Date:** 10/17/2015    **Expiration Date:** 04/17/2016
**Insurer:** Progressive Michigan Ins Company 1-800-876-5581
            PO Box 6807 Cleveland, OH 44101
**Named Insured(s):**
John J Johnson

**Your Agent:**
Frost Specialty, LLC 1-615-322-9171
1117 17TH AVE S
NASHVILLE, TN 37212

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2007 | Bmw | X5 | ▓▓▓▓6763 |

WARNING: KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction. PENALTY FOR OPERATION WITHOUT INSURANCE
Michigan law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits on the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. An owner or registrant convicted of such a misdemeanor shall be fined not less than $200.00 nor more than $500.00, imprisoned for not more than 1 year, or both.



Hull & Company, Inc.
800 Carillon Parkway, Suite 150
St. Petersburg, FL 33716
(727)561-4855 Fax: (866)449-8219
Managing General Agents ■ Wholesale Insurance Brokers

**DATE:** 10/09/2015
**TO:** Frost Specialty Inc                          **Agency Code:** 102293
1117 17th Ave S
Nashville, TN 37212
(615)322-9171

**FROM:** Morgan Domingue                          **Agency Fax:**
(727)362-6282
MDomingue@nrsinsurance.com

# Insurance Binder

## Insurance Terms:

**Insured:** John Joseph Louis Johnson III, Debtor in Possession

11 Music Circle S , Nashville, TN 37203

**Policy #:** ▮▮▮803    **Renewal of Policy #:** ▮▮▮629

**Insurer:** Non-Admitted
Lloyd's of London ▮▮▮▮▮▮▮▮▮2137
Hull & Company, Inc. is responsible for collecting and filing the Surplus Lines taxes.

**Effective Date:** 10/17/2015

**Term of Policy Coverage:** 10/17/2015 to 10/17/2016

## Premium:

| | |
|---|---|
| Premium: | $2,092.00 |
| Policy Fee | $35.00 |
| MI SL Tax(2%) | $41.84 |
| Regulatory Fee(0.5%) | $10.46 |
| **Total:** | **$2,179.30** |

**Minimum Earned Percent:**   25.00 %      **Minimum Earned Premium:** $ 523.00
Note: Policy fees are fully earned.
Policy Type: Occurrence

**Locations:**
2705 Lowell Rd, Ann Arbor, MI, 48103

## Commercial Property
**Coverage(s)**                          **Scheduled Limit(s)**
Building                                    $465,000
Protective Safeguards: Smoke Detectors,

## Endorsements/Exclusions: (include, but are not limited to, the following terms, conditions and exclusions.)
| | |
|---|---|
| ABUSE OR MOLESTATION | CG2146 (10-93) |
| AMEND OF LIQUOR LIAB EXCL | UACGL0001 (12-96) |
| BLDG AND PERSONAL PROP COV | CP0010 (06-95) |
| CANCELLATION CLAUSE | NMA1331 (04-61) |
| COMM GL COVERAGE FORM | CG0001 (01-96) |

10/09/15
Page 2 of 3

| | |
|---|---|
| COMMERCIAL PROPERTY COND | CP0090 (07-88) |
| COMMON POLICY CONDITIONS | IL0017 (11-85) |
| COMMON POLICY DEC | CERTIFICATE |
| DEDUCTIBLE LIAB ENDT | G.L. DED 1 (08-96) |
| EFFECTIVE TIME END | IL0002 (01-77) |
| EMPLOY-RELATED PRACT | CG2147 (07-98) |
| EXCL ASBESTOS, SILICA DUST | GEB-JW-H (04-95) |
| EXCL-ASBESTOS, SILICA DUST | UACGL0002 (10-98) |
| EXCL-ASSAULT AND BATTERY | UACGL0006 (12/96) |
| EXCL-ATHLETIC OR SPORTS | CG2101 (11-85) |
| EXCL-CERTAIN COMPUTER | IL0935 (04-98) |
| EXCL-COMM DISEASE(AIDS/HIV) | UACGL0005 (10/96) |
| EXCL-LEAD CONTAMINATION | UACGL0004 (10/96) |
| EXCL-NEW ENTITIES | CG2136 (01-96) |
| EXCL-PROFESSIONAL LIAB | UACGL0007 (10/96) |
| EXCL-PUNITIVE DAMAGES | UACGL0003 (10-96) |
| EXCL-YEAR 2000 COMPUTER | CG2160 (09-98) |
| FLORIDA CHANGES | CP0125 (06-95) |
| FLORIDA CHANGES - CX | CG0220 (03-98) |
| FORMS SCHEDULE | DEP0000 |
| LAND, WATER AND AIR EXCL | NMA2340 (11-88) |
| LIMITATION OF COV TO DESIGN | CG2144 (07-98) |
| MINIMUM & DEPOSIT ENDT | CBB-M&D (04-99) |
| MULTIPLE DED FORM | CP0320 (10-92) |
| MULTIPLE EXCL ENDT | UA0001 |
| NUCLEAR ENERGY | IL0021 (04-98) |
| PROPERTY DEC | PROPERTY DEC |
| PROTECTIVE SAFEGUARDS | CP1210 (11-85) |
| RADIOACTIVE CONTAMINATION EXCL | NMA1191 (07-59) |
| SERVICE OF SUIT | UA S OF S (12-98) |
| SEVERAL LIABILITY NOTICE | LSW1001(11-94) |
| STANDARD FIRE POL PROV | CP0121 (06-95) |
| TOTAL LOSS CLAUSE | CBB-TLC (06-98) |
| TOTAL POLLUTION EXCL | CG2149 (01-96) |
| WAR AND CIVIL WAR EXCL | NMA464 (01-38) |

**Conditions:** (include, but are not limited to, the following terms, conditions and exclusions.)
****At time of binding: signed Acords, & TRIA are required***.
25% Minimum Earned Premium
A written bind request must be received to bind coverage
No Flat Cancellations

**Special Provisions:** (Include but are not limited to, the following terms, conditions and exclusions)
This binder is being offered on the basis indicated. It is incumbent upon you to ascertain the accuracy of the binder and to review with the insured the terms of the binder carefully, as the coverage, terms and conditions may be different than those you requested. Standard Company and/or ISO forms are applicable; terms conditions and exclusions include but are not limited to those attached. If changes or corrections are required, please notify our office in writing immediately. Changes may require carrier approval and will be issued by endorsement as your office is not granted binding authority.

This binder is effective from 10/17/2015 to 11/16/2015 12:01 a.m. The issued policy will supersede the binder. Please be sure to check the carrier's A. M. Best rating to satisfy you and your client's interests.

This is a premium bearing binder. The annual premium is due with your Hull & Company, Inc. statement, unless otherwise noted. Premium is annual minimum and deposit and auditable per adjustable rates outlined on attached worksheet or attached carrier documents.

This binder is issued on behalf of
        Lloyd's of London TB B064615SAR02137
( Non-Admitted ).

10/09/15
Page 3 of 3

If the retail agent issues a certificate of insurance or evidence of insurance it must be according to the terms of this binder and the insurance policy. Any request to change, endorse or modify the terms of this binder or the insurance policy must be submitted in writing to the insurance company for its advanced written approval and shall not be effective if communicated by means of a certificate of insurance or evidence of insurance. Hull & Company, Inc., ("Broker") disclaims and undertakes no responsibility for incorrectly issued or inaccurate certificates or evidence of insurance. Broker will provide copies of certificates or evidence of insurance issued by the retail agent to the respective insurance companies only if required by such insurance company. Be advised that the insurance company/ies may or may not review and/or approve a certificate or evidence of insurance. If Producer provides copies of certificates or evidence of insurance to Broker, Broker will not review, analyze or otherwise comment on the accuracy, completeness or propriety of any certificate or evidence. Submission of a certificate or evidence of insurance to our office and/or the insurance company's office does not constitute approval of the certificate or evidence.

Sandy Thompson for Morgan Domingue



**TRAVELERS**

FROST SPECIALTY INC
1117 17TH AVE S
NASHVILLE, TN 37212
01027    413

Policy Number ▬▬ 634 1
Policy Period    10/15/15 - 10/15/16
12:01 AM STANDARD TIME AT THE RESIDENCE PREMISES

## Thank you for your business!

JOHN JOSEPH LOUIS JOHNSON III
11 MUSIC CIRCLE S
NASHVILLE TN 37203

RECEIVED
AUG 3 1 2015
BY:

Thank you for renewing your homeowners insurance with Travelers. We truly appreciate your business, and we're always available to assist you with claims, questions or additional insurance needs.

**QUESTIONS? CONTACT US!**

Policy questions or changes. . . . . . . . 615.322.9171
Claim Service . . . . . . . . . . . . . . . . . 1.800.CLAIM33
                                              1.800.252.4633
Billing and Payment Information. . . . 1.800.550.7716
Online Service. . . . . . . . . . . . . . . . . mytravelers.com

**Policy Renewal Package**

Your renewal insurance policy includes your Account Bill, Declarations and updated endorsements. Please take a moment to review these important materials. If you have questions, please contact your agent, or insurance representative.

**24/7/365 Claim Service - Doing More to Get Your Home Back in Order**

If you need us, we'll be there. Just call our toll-free claim service number 1.800.252.4633 (1.800.CLAIM33) 24 hours a day, 365 days a year. We have highly trained representatives nearby, ready to make the claim process as easy as possible for you.

On behalf of all of us at Travelers, we thank you for your continued business.

Sincerely,

*Gregory C Toczydlowski*

Gregory C. Toczydlowski
President
Personal Insurance

P.S. We also offer other coverages designed to protect your assets, including car insurance, valuable items, additional liability (for lawsuits), boat, yacht and identity theft protection. **Discounts of up to 10% are available!** Contact your agent for more information.

PL-13366 03-14

008737/01027 F3116C80 8454 08/28/15



**CITY NATIONAL BANK**
The way up.®

Page 1            (0)

Account #: ████4583

This statement: October 30, 2015
Last statement: September 30, 2015

Contact us:
800-773-7100

Nashville Office
54 Music Square East
Nashville, TN 37203

684                                    0830K
JOHN JOSEPH LOUIS JOHNSON III
DIP CASE NO. 2:14-BK-57104
11 MUSIC CIR S
NASHVILLE TN 37203

cnb.com

## Money Market Account

| | | | |
|---|---|---|---|
| Account number | ████4583 | Beginning balance | $1,300,083.42 |
| Minimum balance | $1,300,083.42 | Total credits | 10.69 |
| Average balance | $1,300,083.42 | Total debits | .00 |
| Avg. collected balance | $1,300,083.00 | Ending balance | $1,300,094.11 |
| Average balance for APY | $1,300,083.42 | Interest paid YTD | $ 92.88 |
| Annual percentage yield earned | 0.01% | | |
| Interest earned | $10.69 | | |
| Interest-bearing days | 30 | | |

### CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 10-30 | Interest Credit | | 10.69 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 1,300,083.42 | 10-30 | 1,300,094.11 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Nashville Office



**IMPORTANT NOTICE**

Please examine your statement at once. You are in the best position to find errors or unauthorized transactions and you must tell us at once. If nothing is reported to us promptly this statement will be considered correct and any liability we may have to you may be limited.

In **case of errors or questions about your electronic funds transfers**: Call or write us at the telephone number or address shown on the front of this statement if you think your statement or receipt is wrong or you need more information about a transfer listed on the statement or receipt.

**For Consumer accounts**: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number. (2) Tell us the dollar amount of the suspected error. (3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For Business and other non-Consumer accounts**: We must hear from you at once if there is an error on your account or you think a transaction is unauthorized. We will investigate promptly. Failure to contact us may prevent us from blocking further unauthorized transactions or recovering money for you. If we made an error we will correct your account at the conclusion of our investigation.

**Direct Deposits**: If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every 60 days from the same person or company, you can call us at the telephone number on the front of this statement to find out whether the deposit has been made.

You may obtain a form to help you **balance your account** at www.cnb.com/reconcile or call us at the telephone number shown on the front of this statement to have a form mailed to you.

**All items credited are subject to final payment. See your *Account Agreement and Disclosures* or *Treasury Management Disclosure and Agreement* and *Fee Schedules* for other terms and conditions applicable to your account.**



**CITY NATIONAL BANK**
The way up.®

Page 1          (0)

Account #: ████ 6815

This statement: October 30, 2015
Last statement: September 30, 2015

Contact us:
800-773-7100

Nashville Office
54 Music Square East
Nashville, TN 37203

684                                          0830N
JACK JOHNSON III
(PSA)
DIP CASE NO. 2:14-BK-57104
11 MUSIC CIR S
NASHVILLE TN 37203

cnb.com

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ████ 6815 | Beginning balance (9/30/2015) | | $12,843.83 |
| Minimum balance | $12,331.51 | | | |
| Average balance | $15,165.75 | Credits  Deposits        (0) | + 0.00 | |
| Avg. collected balance | $15,165.00 | Electronic cr  (1) | + 203.58 | |
| | | Other credits (5) | + 15,000.00 | |
| | | Total credits | | + $15,203.58 |
| | | Debits  Checks paid  (0) | - 0.00 | |
| | | Electronic db (91) | - 9,102.64 | |
| | | Other debits  (0) | - 0.00 | |
| | | Total debits | | - $9,102.64 |
| | | Ending balance (10/30/2015) | | $18,944.77 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 10-19 | POS Refund POS DEPOSIT TERMINAL 01167601 AT HOME #28 HILLIARD  OH TRAN DATE 10-19-15 | 203.58 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 10-2 | Account Transfer Cr. FR ACC█████ 7005 | | 3,000.00 |
| 10-9 | Account Transfer Cr. FR ACC█████ 7005 | | 3,000.00 |
| 10-16 | Account Transfer Cr. FR ACC█████ 7005 | | 3,000.00 |
| 10-23 | Account Transfer Cr. FR ACC█████ 7005 | | 3,000.00 |
| 10-30 | Account Transfer Cr. FR ACC█████ 7005 | | 3,000.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 10-1 | National ATM 6271 PERIMETER DR DUBLIN   OH TRAN DATE 10-01-15 | 400.00 |
| 10-1 | Card THE ANDERSONS # COLUMBUS OH TRAN DATE 10-01-15 | 54.82 |
| 10-1 | Ck Card STARBUCKS 25358 D UBLIN Dublin   OH TRAN DATE 09-30-15 | 10.05 |
| 10-2 | Ck Card SQ SOUTH OF LANE CAFE Upper Arl OH TRAN DATE 10-01-15 | 45.42 |
| 10-2 | Ck Card WINDCHIMES CHINESE RES  DUBLIN  OH TRAN DATE 09-30-15 | 48.15 |
| 10-2 | Ck Card BONEFISH 9602 DUBLIN   OH TRAN DATE 09-30-15 | 90.04 |
| 10-2 | Ck Card BLUEJACKETS 614 246 3 OH TRAN DATE 10-01-15 | 450.00 |
| 10-5 | National ATM 6271 PERIMETER DR DUBLIN   OH TRAN DATE 10-05-15 | 400.00 |
| 10-5 | Card KROGER DUBLIN   OH TRAN DATE 10-03-15 | 17.51 |
| 10-5 | Card BURLNGTON STORES46 4    COLUMBUS OH TRAN DATE 10-03-15 | 123.23 |
| 10-5 | Card MARKET DISTRICT DUBLIN   OH TRAN DATE 10-04-15 | 140.33 |
| 10-5 | Ck Card STARBUCKS 25358 D UBLIN Dublin   OH TRAN DATE 10-04-15 | 9.90 |



**CITY NATIONAL BANK**
The way up.®

JACK JOHNSON III
October 30, 2015

Page 2
Account #: ████ 6815

## ELECTRONIC DEBITS (Continued)

| Date | Description | Debits |
|------|-------------|--------|
| 10-5 | Ck Card SQ SOUTH OF LANE CAFE  Upper Arl OH TRAN DATE 10-03-15 | 25.26 |
| 10-5 | Ck Card COSI 95 COLUMBUS  OH TRAN DATE 10-02-15 | 29.89 |
| 10-5 | Ck Card OLIVE GARDEN 0001 1296  COLUMBUS  OH TRAN DATE 10-02-15 | 37.30 |
| 10-5 | Ck Card SUNOCO 0298723800 DUBLIN    OH TRAN DATE 10-02-15 | 45.40 |
| 10-5 | Ck Card SUNOCO 0298723800 DUBLIN    OH TRAN DATE 10-01-15 | 54.40 |
| 10-5 | Ck Card SQ SOUTH OF LANE CAFE  Upper Arl OH TRAN DATE 10-04-15 | 55.36 |
| 10-5 | Ck Card STEIN MART 0130 COLUMBUS  OH TRAN DATE 10-03-15 | 64.48 |
| 10-5 | Ck Card 51 Hudson 29 Lane Ave  Upper Arl OH TRAN DATE 10-01-15 | 132.67 |
| 10-5 | Ck Card TWC TIME WARNER CA BLE   614 481 5 OH TRAN DATE 10-02-15 | 619.96 |
| 10-6 | Ck Card JOURNEYS 1384 DUBLIN    OH TRAN DATE 10-05-15 | 327.38 |
| 10-7 | Ck Card CHARLEYS PHILLY ST EAKS  DUBLIN    OH TRAN DATE 10-05-15 | 24.99 |
| 10-8 | Card MARKET DISTRICT DUBLIN    OH TRAN DATE 10-08-15 | 5.25 |
| 10-8 | Card MARKET DISTRICT DUBLIN    OH TRAN DATE 10-08-15 | 61.70 |
| 10-8 | Ck Card THE RITZ CARLTON F B    CLEVELAND OH TRAN DATE 10-07-15 | 34.56 |
| 10-8 | Ck Card SQ VITALITY SMOOT H    DUBLIN   OH TRAN DATE 10-07-15 | 52.20 |
| 10-8 | Ck Card IACONOS PIZZA POWELL    OH TRAN DATE 10-07-15 | 59.42 |
| 10-8 | Ck Card WILLIAMS SONOMA E COMM  800 541 1 CA TRAN DATE 10-08-15 | 92.65 |
| 10-9 | Ck Card POTBELLY 74 DUBLIN    OH TRAN DATE 10-08-15 | 19.85 |
| 10-9 | Ck Card THE RITZ CARLTON F B    CLEVELAND OH TRAN DATE 10-08-15 | 33.00 |
| 10-9 | Ck Card OSCARS DUBLIN    OH TRAN DATE 10-07-15 | 37.99 |
| 10-9 | Ck Card 2 BIKESOURCE COLUMBUS OH TRAN DATE 10-07-15 | 189.15 |
| 10-13 | Card TRADER JOE'S # 672 DUBLIN    OH TRAN DATE 10-13-15 | 37.65 |
| 10-13 | Card SHELL SERVICE STAT ION  DUBLIN   OH TRAN DATE 10-10-15 | 67.29 |
| 10-13 | Card AT HOME #28 HILLIARD  OH TRAN DATE 10-11-15 | 207.98 |
| 10-13 | Card BABIES R US #9242 COLUMBUS  OH TRAN DATE 10-13-15 | 213.93 |
| 10-13 | Ck Card STARBUCKS 25358 D UBLIN Dublin    OH TRAN DATE 10-11-15 | 4.25 |
| 10-13 | Ck Card STARBUCKS 25358 D UBLIN Dublin    OH TRAN DATE 10-10-15 | 5.25 |
| 10-13 | Ck Card SKYLINE CHILI 32 COLUMBUS  OH TRAN DATE 10-11-15 | 19.05 |
| 10-13 | Ck Card STARBUCKS 25358 D UBLIN Dublin    OH TRAN DATE 10-12-15 | 22.70 |
| 10-13 | Ck Card BOHO 72 DUBLIN    OH TRAN DATE 10-12-15 | 45.15 |
| 10-13 | Ck Card THURBER BP COLUMBUS  OH TRAN DATE 10-09-15 | 47.95 |
| 10-13 | Ck Card IBI FABLETICS COM 855 20235 CA TRAN DATE 10-11-15 | 49.95 |
| 10-13 | Ck Card ETSY COM 888 961 4 NY TRAN DATE 10-11-15 | 205.00 |
| 10-14 | Ck Card BRUEGGER S BAGEL DUBLIN    OH TRAN DATE 10-13-15 | 26.77 |
| 10-14 | Ck Card BAKER VILLAGE GARD EN CTRPOWELL    OH TRAN DATE 10-13-15 | 53.46 |
| 10-14 | Ck Card JACQUEMIN FARMS PLAIN CIT OH TRAN DATE 10-13-15 | 60.85 |
| 10-15 | Card MARKET DISTRICT DUBLIN    OH TRAN DATE 10-15-15 | 377.19 |
| 10-15 | Ck Card BOHO 72 DUBLIN    OH TRAN DATE 10-14-15 | 31.44 |
| 10-15 | Ck Card BOHO 72 DUBLIN    OH TRAN DATE 10-14-15 | 49.99 |
| 10-15 | Ck Card NADA RESTAURANT COLUMBUS OH TRAN DATE 10-14-15 | 52.08 |
| 10-15 | Ck Card LA SCALA ITALIAN B ISTRO DUBLIN    OH TRAN DATE 10-13-15 | 91.41 |
| 10-16 | Ck Card STARBUCKS 25358 D UBLIN Dublin    OH TRAN DATE 10-15-15 | 7.90 |
| 10-16 | Ck Card ARBYS 1016 UPPER ARL OH TRAN DATE 10-15-15 | 9.58 |
| 10-19 | National ATM 6271 PERIMETER DR DUBLIN    OH TRAN DATE 10-18-15 | 400.00 |
| 10-19 | Card MARKET DISTRICT DUBLIN    OH TRAN DATE 10-18-15 | 29.56 |
| 10-19 | Card KROGER DUBLIN    OH TRAN DATE 10-19-15 | 153.13 |
| 10-19 | Ck Card GET GO 3401 DUBLIN    OH TRAN DATE 10-18-15 | 1.17 |
| 10-19 | Ck Card STARBUCKS 25358 D UBLIN Dublin    OH TRAN DATE 10-18-15 | 9.90 |
| 10-19 | Ck Card POTBELLY 74 DUBLIN    OH TRAN DATE 10-15-15 | 20.03 |
| 10-20 | Ck Card STARBUCKS 25358 D UBLIN Dublin    OH TRAN DATE 10-19-15 | 5.40 |
| 10-20 | Ck Card EINSTEIN BROS BAGE LS1999COLUMBUS  OH TRAN DATE 10-19-15 | 7.78 |
| 10-20 | Ck Card POTBELLY 74 DUBLIN    OH TRAN DATE 10-19-15 | 17.60 |
| 10-20 | Ck Card KROGER FUEL 6817 DUBLIN    OH TRAN DATE 10-19-15 | 42.00 |



**CITY NATIONAL BANK**
The way up.®

JACK JOHNSON III                                    Page 3
October 30, 2015                                    Account #: ████ 6815

### ELECTRONIC DEBITS (Continued)

| Date | Description | Debits |
|------|-------------|--------|
| 10-21 | Ck Card STEAK N SHAKE 0407 Q99 DUBLIN   OH TRAN DATE 10-20-15 | 22.96 |
| 10-21 | Ck Card SUSHIDOTCOM JAPANE SE RESDUBLIN   OH TRAN DATE 10-20-15 | 51.43 |
| 10-21 | Ck Card THE UPS STORE 2892 DUBLIN   OH TRAN DATE 10-20-15 | 172.80 |
| 10-22 | Card BUYBUYBABY#3013 BU YBUYBACOLUMBUS OH TRAN DATE 10-22-15 | 800.00 |
| 10-22 | Ck Card DNCSS NATIONWIDE R ETAI COLUMBUS  OH TRAN DATE 10-21-15 | 80.63 |
| 10-22 | Ck Card BLUEJACKETS 614 246 3 OH TRAN DATE 10-21-15 | 450.00 |
| 10-23 | Ck Card OSCARS DUBLIN   OH TRAN DATE 10-21-15 | 32.96 |
| 10-26 | National ATM 7675 SAWMILL RD DUBLIN   OH TRAN DATE 10-25-15 | 400.00 |
| 10-26 | Card GET GO #3401 DUBLIN   OH TRAN DATE 10-26-15 | 38.40 |
| 10-26 | Card WAL-MART #2774 DUBLIN   OH TRAN DATE 10-25-15 | 44.37 |
| 10-26 | Card MARKET DISTRICT DUBLIN   OH TRAN DATE 10-26-15 | 197.42 |
| 10-26 | Ck Card WENDYS 2667 DUBLIN   OH TRAN DATE 10-22-15 | 6.49 |
| 10-26 | Ck Card OSCARS DUBLIN   OH TRAN DATE 10-23-15 | 11.00 |
| 10-26 | Ck Card STARBUCKS 25358 D UBLIN Dublin   OH TRAN DATE 10-24-15 | 12.80 |
| 10-26 | Ck Card BRUEGGER S BAGEL DUBLIN   OH TRAN DATE 10-25-15 | 21.24 |
| 10-26 | Ck Card FORNO COLUMBUS OH TRAN DATE 10-24-15 | 64.68 |
| 10-26 | Ck Card INSIGHT PEST SOLUT IONS  614 450 2 OH TRAN DATE 10-23-15 | 117.18 |
| 10-26 | Ck Card MN WLD XCEL 651602 6000  651 60260 MN TRAN DATE 10-22-15 | 175.00 |
| 10-27 | Ck Card SPIRIT HALLOWEEN 6 0101 COLUMBUS OH TRAN DATE 10-25-15 | 55.75 |
| 10-28 | Card TARGET T-2851 POWELL   OH TRAN DATE 10-28-15 | 20.05 |
| 10-28 | Ck Card STARBUCKS 25358 D UBLIN Dublin   OH TRAN DATE 10-27-15 | 11.80 |
| 10-29 | Card KROGER DUBLIN   OH TRAN DATE 10-29-15 | 37.76 |
| 10-29 | Ck Card THE HAIR LOFT POWELL   OH TRAN DATE 10-28-15 | 18.15 |
| 10-29 | Ck Card OZ HAIR DESIGN POWELL   OH TRAN DATE 10-28-15 | 30.00 |
| 10-30 | Ck Card CHIPOTLE 0029 DUBLIN   OH TRAN DATE 10-29-15 | 20.44 |
| 10-30 | Ck Card THE BOGEY INN POWELL   OH TRAN DATE 10-28-15 | 43.63 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 9-30 | 12,843.83 | 10-8 | 12,331.51 | 10-19 | 15,954.49 | 10-27 | 16,126.60 |
| 10-1 | 12,378.96 | 10-9 | 15,051.52 | 10-20 | 15,881.71 | 10-28 | 16,094.75 |
| 10-2 | 14,745.35 | 10-13 | 14,125.37 | 10-21 | 15,634.52 | 10-29 | 16,008.84 |
| 10-5 | 12,989.66 | 10-14 | 13,984.29 | 10-22 | 14,303.89 | 10-30 | 18,944.77 |
| 10-6 | 12,662.28 | 10-15 | 13,382.18 | 10-23 | 17,270.93 | | |
| 10-7 | 12,637.29 | 10-16 | 16,364.70 | 10-26 | 16,182.35 | | |



**IMPORTANT NOTICE**

Please examine your statement at once. You are in the best position to find errors or unauthorized transactions and you must tell us at once. If nothing is reported to us promptly this statement will be considered correct and any liability we may have to you may be limited.

**In case of errors or questions about your electronic funds transfers**: Call or write us at the telephone number or address shown on the front of this statement if you think your statement or receipt is wrong or you need more information about a transfer listed on the statement or receipt.

**For Consumer accounts**: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number. (2) Tell us the dollar amount of the suspected error. (3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For Business and other non-Consumer accounts**: We must hear from you at once if there is an error on your account or you think a transaction is unauthorized. We will investigate promptly. Failure to contact us may prevent us from blocking further unauthorized transactions or recovering money for you. If we made an error we will correct your account at the conclusion of our investigation.

**Direct Deposits**: If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every 60 days from the same person or company, you can call us at the telephone number on the front of this statement to find out whether the deposit has been made.

You may obtain a form to help you **balance your account** at www.cnb.com/reconcile or call us at the telephone number shown on the front of this statement to have a form mailed to you.

**All items credited are subject to final payment. See your *Account Agreement and Disclosures* or *Treasury Management Disclosure and Agreement* and *Fee Schedules* for other terms and conditions applicable to your account.**

City National Bank, Member FDIC

ID 23001E (Rev 06/2014)

Equal Housing Lender



**CITY NATIONAL BANK**
The way up.®

Page 1     (14)

Account #: ████7005

This statement: October 30, 2015
Last statement: September 30, 2015

Contact us:
800-773-7100

Nashville Office
54 Music Square East
Nashville, TN 37203

684           0830L
JACK JOHNSON III
(BILL PAY)
DIP CASE NO. 2:14-BK-57104
11 MUSIC CIR S
NASHVILLE TN 37203

cnb.com

## Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ████7005 | Beginning balance (9/30/2015) | | | $144,045.90 |
| Minimum balance | $236,350.21 | | | | |
| Average balance | $257,488.79 | Credits Deposits (5) | | + 1,707.50 | |
| Avg. collected balance | $257,217.00 | Electronic cr (3) | | + 338,311.67 | |
| | | Other credits (1) | | + 112.89 | |
| | | Total credits | | | + $340,132.06 |
| | | Debits Checks paid (14) | | - 15,441.07 | |
| | | Electronic db (12) | | - 14,708.86 | |
| | | Other debits (5) | | - 15,000.00 | |
| | | Total debits | | | - $45,149.93 |
| | | Ending balance (10/30/2015) | | | $439,028.03 |

### DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 10-7 | E-Deposit | 00000001 | 22.42 |
| 10-8 | E-Deposit | 00000001 | 331.08 |
| 10-28 | E-Deposit | 00000001 | 1.00 |
| 10-28 | E-Deposit | 00000001 | 11.00 |
| 10-28 | E-Deposit | 00000001 | 1,342.00 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 10-15 | Preauthorized Credit COLHOC LIMITED P PAYROLL PPD JOHNSON, JOHN | 24,446.22 |
| 10-21 | Preauthorized Credit COLHOC LIMITED P PAYROLL PPD JOHNSON, JOHN | 109,390.52 |
| 10-30 | Preauthorized Credit COLHOC LIMITED P PAYROLL PPD JOHNSON, JOHN | 204,474.93 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 10-1 | Credit Memo REG-E PROVISIONAL CREDIT | | 112.89 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1167 | 10-13 | 319.00 | 1171 | 10-8 | 391.00 | 1175 | 10-21 | 4,109.52 | 1179 | 10-20 | 540.50 |
| 1168 | 10-9 | 34.94 | 1172 | 10-6 | 205.50 | 1176 | 10-20 | 2,405.80 | 1180 | 10-16 | 10.19 |
| 1169 | 10-5 | 25.09 | 1173 | 10-7 | 640.00 | 1177 | 10-21 | 1,692.76 | | | |
| 1170 | 10-7 | 1,912.47 | 1174 | 10-19 | 2,179.30 | 1178 | 10-20 | 975.00 | | | |



**CITY NATIONAL BANK**
The way up.®

JACK JOHNSON III
October 30, 2015

Page 2
Account #: ████7005

### ELECTRONIC DEBITS

| Date | Description | Debits |
|------|-------------|--------|
| 10-1 | Preauthorized Debit AEP ONLINE PMT PPD JACK JOHNSON I | 203.38 |
| 10-7 | Preauthorized Debit VERIZON WIRELESS PAYMENTS PPD 00000000780917 | 199.40 |
| 10-9 | Preauthorized Debit COLUMBIA GAS OH SERV PYMT PPD JOHN J JOHNSON | 10.04 |
| 10-14 | Preauthorized Debit ANNARBORUTILITY JPMORGFEE TEL JOHNSONJACK AAMUTL000314742 | 1.00 |
| 10-14 | Preauthorized Debit UTILITIESPMT ANNARBORMI TEL JOHNSONJACK AAMUTL000314741 | 718.65 |
| 10-15 | Tnet Wire Out-Dom | 521.22 |
| 10-15 | Ck Card DTE ENERGY 800 477 4747 313 235 9 MI TRAN DATE 10-14-15 | 233.46 |
| 10-16 | Preauthorized Debit FRANCHISE TAX BO PAYMENTS PPD JOHNSON 40738872    PM | 7,789.00 |
| 10-19 | Preauthorized Debit NYS DTF PIT TAX PAYMNT PPD X | 1,554.00 |
| 10-20 | Preauthorized Debit NEW JERSEY TGI P NJ TGI PMT WEB JOHNSON | 1,181.00 |
| 10-20 | Preauthorized Debit PROG MICHIGAN INS PREM PPD JACK JOHNSON I 904034150 JACK | 2,146.60 |
| 10-30 | Preauthorized Debit AEP ONLINE PMT PPD JACK JOHNSON I | 151.11 |

### OTHER DEBITS

| Date | Description | Reference | Debits |
|------|-------------|-----------|--------|
| 10-2 | Account Transfer Dr. TO ACC ████6815 | | 3,000.00 |
| 10-9 | Account Transfer Dr. TO ACC 6815 | | 3,000.00 |
| 10-16 | Account Transfer Dr. TO ACC 6815 | | 3,000.00 |
| 10-23 | Account Transfer Dr. TO ACC 6815 | | 3,000.00 |
| 10-30 | Account Transfer Dr. TO ACC ████6815 | | 3,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 9-30 | 144,045.90 | 10-7 | 137,995.37 | 10-15 | 157,543.36 | 10-23 | 236,350.21 |
| 10-1 | 143,955.41 | 10-8 | 137,935.45 | 10-16 | 146,744.17 | 10-28 | 237,704.21 |
| 10-2 | 140,955.41 | 10-9 | 134,890.47 | 10-19 | 143,010.87 | 10-30 | 439,028.03 |
| 10-5 | 140,930.32 | 10-13 | 134,571.47 | 10-20 | 135,761.97 | | |
| 10-6 | 140,724.82 | 10-14 | 133,851.82 | 10-21 | 239,350.21 | | |



**IMPORTANT NOTICE**

Please examine your statement at once. You are in the best position to find errors or unauthorized transactions and you must tell us at once. If nothing is reported to us promptly this statement will be considered correct and any liability we may have to you may be limited.

**In case of errors or questions about your electronic funds transfers**: Call or write us at the telephone number or address shown on the front of this statement if you think your statement or receipt is wrong or you need more information about a transfer listed on the statement or receipt.

**For Consumer accounts**: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number. (2) Tell us the dollar amount of the suspected error. (3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For Business and other non-Consumer accounts**: We must hear from you at once if there is an error on your account or you think a transaction is unauthorized. We will investigate promptly. Failure to contact us may prevent us from blocking further unauthorized transactions or recovering money for you. If we made an error we will correct your account at the conclusion of our investigation.

**Direct Deposits**: If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every 60 days from the same person or company, you can call us at the telephone number on the front of this statement to find out whether the deposit has been made.

You may obtain a form to help you **balance your account** at www.cnb.com/reconcile or call us at the telephone number shown on the front of this statement to have a form mailed to you.

**All items credited are subject to final payment. See your *Account Agreement and Disclosures* or *Treasury Management Disclosure and Agreement* and *Fee Schedules* for other terms and conditions applicable to your account.**